UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI ALEXANDER MOORE,

                Plaintiff,

– against –

NEW YORK CITY POLICE DEPARTMENT, et al.,

                Defendants.

**ORDER**

23-cv-1300 (ER)

Ramos, D.J.:

       In the Court's September 12, 2023 Order of Service, the Court also included a *Valentin* Order directing the Defendants to identify the John Doe defendants by November 13, 2023. Doc. 10 at 6–7. Plaintiff was directed to file a second amended complaint thirty days thereafter, naming the John Doe defendants. *Id.* On October 17, 2023, the Court inadvertently set November 13, 2023 as the deadline for Plaintiff to file his second amended complaint. Doc. 21.

       Defendants have also informed the Court that Plaintiff has refused to sign the necessary releases to enable them to identify the John Doe defendants. Doc 22. Defendants therefore ask that the Court compel Plaintiff to execute the releases and warn Plaintiff that failure to do so is grounds for dismissal for failure to prosecute. *Id.*

       The Court directs Plaintiff to execute the requested releases by **November 21, 2023**. Failure to do so may result in dismissal for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Moreover, the Court extends Defendants' time to comply with the Court's

*Valentin* Order and identify the John Doe defendants until **January 22, 2024**. Plaintiff's deadline to file his second amended complaint is also extended to **February 21, 2024**.

    It is SO ORDERED.

Dated:   November 14, 2023
           New York, New York

                                                      Edgardo Ramos, U.S.D.J.