UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI ALEXANDER MOORE,

           Plaintiff,

– against –

NEW YORK CITY POLICE DEPARTMENT, et al.,

           Defendants.

**ORDER**

23-cv-1300 (ER)

Ramos, D.J.:

    The parties are directed to appear at a status conference on December 13, 2023 at 10:30 AM before the Honorable Edgardo Ramos in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY.

    It is SO ORDERED.

Dated:    November 27, 2023
           New York, New York

                                            Edgardo Ramos, U.S.D.J.