UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ALI MOORE,

Plaintiff,

-against

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT  IN  A
COLLECTIVE CAPACITY, NYPD OFFICER
FREDDY TAVARES, NYPD OFFICER MICHAEL
RIOS, NYPD SERGEANT JOSEPHANGELONE,
ESU DETECTIVE WILLIAM NEVILLE,
ESUDETECTIVE ADAM IMPERATO,NEW
YORK POLICE DEPARTMENT DOES IN A
COLLECTIVE CAPACITY,  FIRSTSERVICE
RESIDENTIAL  IN A COLLECTIVE
CAPACITY AND  DOES  IN A
COLLECTIVE CAPACITY,  MOUNT SINAI
ST LUKE'S HOSPITAL  IN A COLLECTIVE
CAPACITY, AND  DOES  IN A
COLLECTIVE CAPACITY, MOUNT SINAI
HEALTH SYSTEM AND DOES  IN A
COLLECTIVE CAPACITY, DEMOCRATIC
PARTY AND DOES IN A COLLECTIVE
CAPACITY, COLUMBIA UNIVERSITY
AND DOES IN A COLLECTIVE CAPACITY,
BARACK OBAMA  IN A  COLLECTIVE
CAPACITY,, MORNINGSIDE HEIGHTS
HOUSING CORPORATIONS AND DOES  IN
A COLLECTIVE CAPACITY, NEW YORK
CITY POLICE OFFICER 718  IN A
COLLECTIVE CAPACITY, NEW YORK
CITY POLICE OFFICER SERGEANT
PIERRER  IN A COLLECTIVE CAPACITY,
NEW  YORK CITY FIRE DEPARTMENT
AND DOES  IN A COLLECTIVE
CAPACITY, FIRSTSERVICE RESIDENTIAL
AND  DOES  IN A COLLECTIVE
CAPACITY, MOUNT SINAI ST LUKES
AND DOES  IN A COLLECTIVE
CAPACITY, MOUNT SINAI HEALTH
SYSTEMS  IN COLLECTIVE CAPACITY,
KAREN EUBANKS  IN A COLLECTIVE
CAPACITY, PEACE OFFICER  GILMORE
IN COLLECTIVE CAPACITY, PEACE
OFFICER MONTOVO  IN A COLLECTIVE

**DOCKET NO.: 23-CV-1300**

CAPACITY,  CIVIL COMPLAINT REVIEW
BOARD AND DOES  IN A COLLECTIVE
CAPACITY, INVESTIGATOR  MURGO  IN A
COLLECTIVE CAPACITY NEW YORK
CITY FIRE DEPARTMENT  IN A
COLLECTIVE CAPACITY, 311 AND DOES
IN A COLLECTIVE CAPACITY,
MORNINGSIDE GARDEN DOES TENANTS
JOHN DOES, REPUBLICAN PARTY AND
DOES  IN A COLLECTIVE CAPACITY ,
TRUMP IN A COLLECTIVE CAPACITY,
JOE BIDEN  IN A COLLECTIVE
CAPACITY, LOUIS FARRAKHAN  IN A
COLLECTIVE CAPACITY,  NATION OF
ISLAM AND  DOES  IN COLLECTIVE
CAPACITY,
FEDERAL BUREAU OF INVESTIGATION FBI
AND DOES  IN A COLLECTIVE CAPACITY,
UNITED STATES ARMED FORCES AND
DOES IN A COLLECTIVE CAPACITY,
FEDERAL STRIKE FORCE AND  DOES IN A
COLLECTIVE CAPACITY,  CENTRAL
INTELLIGENCE AGENCY( CIA)

**FIFTH AMENDED, EIGHTH AMENDED**

**FOURTEENTH AMENDED**

**SECOND AMENDED COMPLAINT**

**Bench Trial  DEMANDED**

**FEDERAL QUESTION/DIVERSITY CITIZ**

Defendants.

---------------------------------------------------------

-------------- X

 **(LGS)**

**FIRST AMENDED, FOURTH AMENDED**

Plaintiff ALI MOORE,,   complaining of Defendants CITY OF NEW YORK, NEW YORK

CITY DEPARTMENT AND  NEW YORK CITY  POLICE  OFFICER 718 in a collective

capacity, NEW YORK CITY POLICE OFFICER SERGEANT PIERRE in a collective capacity,

NEW YORK CITY  POLICE OFFICER , NEW YORK CITY FIRE  DEPARTMENT EMS/EMT

JOHN DOES (fictitiously named), in a collective capacity, MOUNT SINAI HEALTH SYSTEM ,

MOUNT SINAI HEALTH SYSTEM JOHN DOES (fictitiously named), in a collective capacity,

MOUNT SINAI ST LUKE'S HOSPITAL, and MOUNT SINAI ST LUKE'S  JOHN DOES

(fictitiously  named), in a collective  capacity, alleges as follows:, Democratic Party, Columbia

University, Barack Obama  City of New York, New York City Police Department  in  a collective

capacity, New York Police Department DOES in a collective capacity,  FIRSTSERVICE

RESIDENTIAL  in a collective capacity and  DOES  in a collective capacity,  MOUNT SINAI

ST LUKE'S HOSPITAL  in a collective capacity, and  DOES  in a collective capacity, MOUNT

SINAI HEALTH SYSTEM and Does  in a collective capacity, Democratic Party and Does in a

collective capacity, Columbia University and Does in a collective capacity, Barack Obama  in a

collective capacity,, Morningside Heights Housing Corporations and Does  in a collective

capacity, New York City Police Officer 718  in a collective capacity, New York city Police Officer

Sergeant Pierrer  in a collective capacity, NEW  YORK CITY FIRE DEPARTMENT and Does  in

a collective capacity, Does in a collective capacity,

Mount Sinai St Lukes  and Does  in a collective capacity, Mount Sinai Health systems  in

collective capacity, Karen Eubanks  in a collective capacity, Peace Officer  Gilmore in collective

capacity, Peace Officer Montovo  in a collective capacity,  CIVIL COMPLAINT REVIEW

BOARD and Does  in a collective capacity, investigator  Murgo  in a collective capacity NEW

YORK CITY FIRE DEPARTMENT  in a collective capacity, 311 and Does  in a collective

capacity, MorningSide garden Does tenants  John Does, Republican Party and Does  in a

collective capacity , Trump  in a collective capacity, Joe Biden  in a collective capacity, Louis

Farrakhan  in a collective capacity,  Nation of Islam and  Does  in collective capacity, Federal

Bureau of Investigation FBI and Does  in a collective capacity,  United States Armed Forces and

Does in a collective capacity, NYPD Officer Freddy Tavares  in a collective capacity,, NYPD Officer

Michael Rios  in a collective capacity,, NYPD Sergeant JosephAngelone  in a collective capacity,,

ESU Detective William Neville  in a collective capacity,,  ESUDetective Adam Imperato  in a

collective capacity,,

)

## PRELIMINARY STATEMENT

This is a civil rights action in which Plaintiff, ALI MOORE ("MOORE" or "Plaintiff") seeks relief from Defendants NEW YORK CITY POLICE OFFICER 718 in a collective capacity, NEW YORK CITY POLICE OFFICER SERGEANT PIERRE Democratic Party, Columbia University, Barack Obama, Karen Eubanks, MoringSide Heights Housing Corporations , Civil Complaint Review Board, 311, City of New York, New York City Police Department in a collective capacity, New York Police Department DOES in a collective capacity, FIRSTSERVICE RESIDENTIAL in a collective capacity and DOES in a collective capacity, MOUNT SINAI ST LUKE'S HOSPITAL in a collective capacity, and DOES in a collective capacity, MOUNT SINAI HEALTH SYSTEM and Does in a collective capacity, Democratic Party and Does in a collective capacity, Columbia University and Does in a collective capacity, Barack Obama in a collective capacity,, Morningside Heights Housing Corporations and Does in a collective capacity, New York City Police Officer 718 in a collective capacity, New York city Police Officer Sergeant Pierrer in a collective capacity, NEW YORK CITY FIRE DEPARTMENT and Does in a collective capacity, FIRSTSERVICE RESIDENTIAL and Does in a collective capacity, Mount Sinai St Lukes and Does in a collective capacity, Mount Sinai Health systems in collective capacity, Karen Eubanks in a collective capacity, Peace Officer Gilmore in collective capacity, Peace Officer Montovo in a collective capacity, CIVIL COMPLAINT REVIEW BOARD and Does in a collective capacity, investigator Murgo in a collective capacity NEW YORK CITY FIRE DEPARTMENT in a collective capacity, 311 and Does in a collective capacity, MorningSide garden Does tenants John Does, Republican Party and Does in a collective capacity , Trump in a collective capacity, Joe Biden in a collective capacity, Louis Farrakhan in a collective capacity, Nation of Islam and Does in collective capacity, Federal Bureau of Investigation FBI and Does in a collective capacity, United States

NEW YORK CITY POLICE OFFICER JOHN DOES (fictitiously named), in a collective capacity, NEW YORK CITY FIRE  DEPARTMENT EMS/EMT JOHN DOES(fictitiously named), in a collective  capacity,  MOUNT SINAI HEALTH SYSTE\M,  MOUNT SINAI HEALTH SYSTEM JOHN DOES (fictitiously named), in a collective  capacity, MOUNT SINAI ST LUKE'S HOSPITAL , and MOUNT SINAI ST LUKE'S HOSPITAL HOSPITAL JOHN DOES (fictitiously  named), in a collective  capacity, (hereinafter, collectively referred to as "Defendants"), for committing  acts violating The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 , The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourteenth Amendment and acting under color of  state law acts under color of law and depriving Plaintiff of rights secured under 42 USC § 1983 grounded in rights secured to him under the Fourth and Fourteenth Amendments to the Constitution of the United States  (          )

.

Plaintiff alleges that Defendants engaged in unlawful conduct including, false arrest, abuse of process, excessive force, intentional infliction of emotional distress, and negligent infliction of emotional distress. All acts were committed under the color of law and  deprived Plaintiff of rights secured to him under the Fourth and Fourteenth Amendments of the

.

I alleges that Defendants failed to address either the abuse of authority that arose from the event that I suffered at the hands of Defendants. Plaintiff was wrongfully arrested, seized, harassed, threatened, detained, abused, set out to public ridicule, and made to suffer injury to his good name, his personage, and his mental state of mind, without reason, legal basis, or justification by Defendants.

1.  Defendants NEW YORK CITY FIRE DEPARTMENT EMS/EMT JOHN DOES, MOUNT SINAI HEALTH SYSTE\M, JOHN DOES, and MOUNT SINAI ST LUKE'S HOSPITAL JOHN DOES, without justification or any reason except an intent to deprive Plaintiff of his rights and knowledge that their conduct had the tacit authorization of CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY FIRE DEPARTMENT, MOUNT SINAI HEALTH SYSTE\M, and MOUNT SINAI ST LUKE'S HOSPITAL, Morningside Heights Housing Corporations, Firstservice Residential, wrongfully arrested, seized, harassed, threatened, detained and abused Plaintiff. Said use of unlawful conduct upon Plaintiff deprived him of his civil and Constitutional rights ( Obama, Biden, Trump and political parties they belong to have created and past policies neglected policies from former presidents. Such as the republican party and democratic party and reinstated the prison leasing system and neglected to remove this organized form of criminality of racketeering from the states and federal level of government. To simplify, the United States is still not enforcing

African Americans, it has 60 years of semi slavery still - war crimes. ). Meaning you the government have been lying for 60 years now and renovated the prison leasing system during the time of reconstructions of semi slavery with the medical industrial complex during the Obama administration. Meaning all the parties involved in lawsuit are apart of the organized RICO ,Negligence or Gross Negligence, 42 USC 1983 and 42 USC 1985.

.

Plaintiff seeks damages, both compensatory and punitive, award of costs, interest and attorney's fees, and such other and further relief as this Court deems just and equitable.

## **JURISDICTION**

This legal action is initiated in accordance with the provisions outlined in 42 U.S.C. §§ 1983/42 U.S.C. §§ 1985 and 1988, as well as the protections enshrined in the Fourth and Fourteenth Amendments of the United States Constitution. Jurisdiction is vested in this honorable Court pursuant to 42 U.S.C. § 1983/42 U.S.C. §§ 1985, as well as under 28 U.S.C. §§ 1331 and 1343(3) and (4) of the aforementioned constitutional mandates.

Moreover, this action is underpinned by the legal framework provided by significant legislative enactments, including The Civil Rights Act of 1866, The Civil Rights Act of 1871 (commonly referred to as the Ku Klux Klan Act), The Civil Rights Act of 1964, The Fourteenth Amendment to the United States Constitution (ratified in 1868), The Fourth Amendment, and the Eighth Amendment.

## **VENUE**

delineated by 28 U.S.C. § 1391(b). This selection is predicated on the undeniable fact that

all the incidents and instances of neglect underlying the Plaintiff's assertions unfolded

within the confines of the City of New York—the very epicenter of employment for all

implicated parties. It is crucial to underscore that these occurrences have occurred

repeatedly within the State of New York, yet, regrettably, have failed to culminate in a

satisfactory resolution.

## THE PARTIES

3.I am a resident of the United States who lives in the City of Baltimore, State  of Maryland.

4. Upon information and belief, at all relevant times described herein, Defendant  CITY OF NEW

YORK (hereinafter, referred to as "CITY") was and continues to be a municipal  corporation

organized and existing by virtue of the laws of the State of New York.

5.  Upon information and belief, at all relevant times described herein Republic Part is

being sued in collective capacity for violating The Civil Rights Act of 1866, The Civil Rights Act

of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth

Amendment to the United States Constitution: Ratified in 1868, The Fourteenth Amendments,

The Civil Rights Act of 1968. and acting under color of state law, 8th amendment,  within the

scope of their employment. Republican National Committee (RNC) Headquarters: 310 First

Street SE Washington, D.C. 20003 United States

6. Upon information and belief, at all relevant times described herein Trumpt is being

sued in collective capacity for violating The Civil Rights Act of 1866, The Civil Rights Act of

1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth

Amendment to 18, United States Constitution Ratified 1791, Fourteen Amendments, The Civil Rights Act of 1968. and acting under color of state law, 8th amendment,  within the scope of their employment. Republican National Committee (RNC) Headquarters: can tell us his address

7. Upon information and belief, at all relevant times described herein   United States Armed Forces and Does are being sued in collective capacity for violating The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourteenth Amendments, The Civil Rights Act of 1968. and acting under color of state law, 8th amendment,  within the scope of their employment. The headquarters of the United States Armed Forces is located at: The Pentagon 1400 Defense Pentagon Washington, DC 20301-1400 United States

8. Upon information and belief, at all relevant times described herein Federal Bureau of Investigation (FBI) and Does are being sued in collective capacity for violating The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourteenth Amendments, The Civil Rights Act of 1968. and acting under color of state law, 8th amendment,  within the scope of their employment. FBI Headquarters J. Edgar Hoover Building 935 Pennsylvania Avenue NW Washington, D.C. 20535-0001 United States

9. Upon information and belief, at all relevant times described herein Nation of Islam Louis Farrakhan and Does is being sued in collective capacity for violating The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights

The Fourteenth Amendments, The Civil Rights Act of 1968. and acting under color of state law, 8th amendment, within the scope of their employment.7351 South Stony Island Avenue, Chicago, Illinois, 60649, United States.

10.Upon information and belief, at all relevant times described herein Joe Biden is being sued in collective capacity for violating The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourteenth Amendments, The Civil Rights Act of 1968. and acting under color of state law, 8th amendment, within the scope of their employment

11.Upon information and belief, at all relevant times described herein Federal strike force and Does are being sued in collective capacity for violating The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourteenth Amendments, The Civil Rights Act of 1968. and acting under color of state law, 8th amendment, within the scope of their employment

12. Upon information and belief, at all relevant times described herein Democratic Party is being sued in collective capacity for violating The Civil Rights Act of 1866, The Civil Rights

Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourteenth

Amendments, The Civil Rights Act of 1968. and acting under color of state law, 8th amendment,

within the scope of their employment. New York State Democratic Committee 8th Floor 150

State Street Albany, NY 12207

13. Upon information and belief, at all relevant times described herein  311 is being sued

in collective capacity for violating The Civil Rights Act of 1866, The Civil Rights Act of 1871

(also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth

Amendment to the United States Constitution: Ratified in 1868, The Fourteenth Amendments,

The Civil Rights Act of 1968. and acting under color of state law, 8th amendment,  within the

scope of their employment. 311 Customer Service Center 59 Maiden Lane, 22nd Floor New

York, NY 10038 USA

14. Upon information and belief, at all relevant times described herein Civil Complaint

Review Board is being sued in collective capacity for violating The Civil Rights Act of 1866, The

Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964

and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The

Fourteenth Amendments, The Civil Rights Act of 1968. and acting under color of state law, 8th

amendment,  within the scope of their employment. Civilian Complaint Review Board 100

Church Street, 10th Floor New York, NY 10007

15. Upon information and belief, at all relevant times described herein,Columbia University is being sued in collective capacity for violating the The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourteenth Amendments, The Civil Rights Act of 1968. and acting under color of state law, 8th amendment within the scope of their employment. Columbia University in the City of New York 2960 Broadway New York, NY 10027 USA

16. Upon information and belief, at all relevant times described herein,Barack Obama is being sued in collective capacity for violating the The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourteenth Amendments, The Civil Rights Act of 1968. and acting under color of state law, 8th amendment within the scope of their employment

Upon information and belief, at all relevant times described herein Civil Complaint Review Board is being sued in collective capacity for violating The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourteenth Amendments, The Civil Rights Act of 1968. and acting under color of state law, 8th amendment,  NYPD Officer Freddy Tavares, NYPD Officer Michael Rios, NYPD Sergeant JosephAngelone, ESU Detective William Neville,  ESUDetective Adam Imperato,

17. Upon information and belief, at all relevant times described herein, Defendant  CITY, by its agents and/or employees, operated, maintained, and controlled the Mount Sinai St Lukes, including all Hospital staff.

18. Upon information and belief, at all relevant times described herein, Mount Sinai St Luke's (hereinafter, referred to as "MSSLH") is a subdivision and/or  agency of Defendant CITY and has an office at 1111 Amsterdam Avenue New York, NY 10025 United States

19. Upon information and belief, at all relevant times described herein, Defendant Mount Sinai St Lukes and John Does ) is hospital staff and doctors who are being sued in a collective capacity and is an employees of  Defendants CITY and Mount Sinai St Lukes. At all relevant times described herein, John Does was Violating  The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourteenth Amendments, The Civil Rights Act of 1968. and acting under color of state law, within the scope of their employment as a Hospital staff employed  by Defendants CITY and Mount Sinai St Lukes, and works under the supervision, direction, and/or control of their  supervisors in Mount Sinai St Lukes.

20. Upon information and  belief, at all relevant times described herein, Defendant  CITY OF NEW YORK (hereinafter, referred to as "CITY") was and continues to be a municipal corporation organized and existing by virtue of the laws of the State of New York.

Upon information and belief, at all relevant times described herein, Defendant  CITY, by

its agents and/or employees as related to running the Mount Sinai Health System, including all Hospital staff.

21.  Upon information and belief, at all relevant times described herein, Mount Sinai St Luke's (hereinafter, referred to as "MSHS") is a subdivision and/or  agency of Defendant CITY and has an office at Mount Sinai Health System 150 East 42nd Street New York, NY 10017 United States

22.  Upon information and belief, at all relevant times described herein, Defendant Mount Sinai Health System and John Does ) is hospital staff and doctors who are being sued in a collective capacity and is an employees of  Defendants CITY and Mount Sinai Health System. At all relevant times described herein, John Does was Violating  The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourth Amendment, 8th Amendment, The Civil Rights Act of 1968 and under color of state law within the scope of their employment as a Hospital staff employed  by Defendants CITY and Mount Sinai Health System, and works under the supervision, direction, and/or control of their supervisors in Mount Sinai Health System. 150 East 42nd Street New York, NY 10017 United States

Morningside heights  housing corporations and John Does Violating  The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The

Morningside Heights Housing corporations located 80 Lasalle St New York City, New York

23. Firstservice residential Manges Morningside Heights and I am suing them and John Does for Violating The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourth Amendment, 8th Amendment, The Civil Rights Act of 1968 and under color of state law

Firstservice residential Manges Morningside Heights Housing Corporations and they are located at 575 5th Ave 9th Fl, New York, NY 10017

24. Karen Eubanks is being sued for Violating The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourth Amendment, 8th Amendment, The Civil Rights Act of 1968 and under color of state law. Yes she is my mother Karen Eubanks is a resident who lives there at 70 Lasalle st apt 10D New York, New York

25. Upon information and belief, at all relevant times described herein, Defendant CITY OF NEW YORK (hereinafter, referred to as "CITY") was and continues to be a municipal corporation organized and existing by virtue of the laws of the State of New York.

26. Upon information and belief, at all relevant times described herein, Defendant CITY, by its agents and/or employees, operated, maintained, and controlled the NEW YORK CITY POLICE DEPARTMENT, including all police officers thereof.

27. . Upon information and belief, at all relevant times described herein, NEW YORK CITY POLICE DEPARTMENT (hereinafter, referred to as "NYPD") is a subdivision and/or agency of Defendant CITY and has an office at One Police Plaza, New York, New York 10038.

28. Upon information and belief, at all relevant times described herein, Defendant NEW YORK CITY POLICE OFFICER 718 is a police officer who is being sued in a collective capacity and is an employee of Defendants CITY and NYPD. At all relevant times described herein, 718 was violating The Civil Rights Act of 1866, civil Rights Act of 1871 (also known as the Ku Klux Klan Act), Civil Rights Act of 1964 , The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourth Amendment, 8th Amendment, The Civil Rights Act of 1968 and acting under color of state law within the scope of his employment as a police officer employed by Defendants CITY and NYPD, and works under the supervision, direction, and/or control of his supervisors in the NYPD.

29. Upon information and belief, at all relevant times described herein, Defendant NEW YORK CITY POLICE OFFICER REESE is a police officer who is being sued in a collective capacity and is an employee of Defendants CITY and NYPD. At all relevant times described herein, REESE was violating The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 , The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourth Amendment, 8th Amendment, The Civil Rights Act of 1968 and acting under color of state law within the scope of his employment as a police officer employed by Defendants CITY

and NYPD, and works under the supervision, direction, and/or control of his supervisors in the NYPD.

30.   Upon information and belief, at all relevant times described herein,  Defendant  NEW

YORK CITY POLICE NEW YORK CITY POLICE SGT. PERRIER("PERRIER") is a sergeant

who is being sued in a collective capacity and is  an employee of Defendants CITY and NYPD.

At all relevant times described herein,  PERRIER was violating The Civil Rights Act of 1866,

The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of

1964 ,The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourth

Amendment, 8th Amendment, The Civil Rights Act of 1968  and  acting under color of state law

within the scope of his employment as a

sergeant employed by Defendants CITY and NYPD, and works under the supervision, direction,

and/or control of his supervisors in the NYPD.

40.   Upon information and belief, at all relevant times described herein, Defendant

NEW  ("YORK CITY POLICE OFFICER DOES ")  are  police officers who are  being sued in a

collective capacity and are employees of Defendants CITY and  NYPD. At all relevant times

described herein, DOES were violating The Civil Rights Act of 1866, The Civil Rights Act of

1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 ,The Fourteenth

Amendment to the United States Constitution: Ratified in 1868, The Fourth Amendment, 8th

Amendment, The Civil Rights Act of 1968 and  acting under color of state law within  the scope

of his employment as a police officer employed by Defendants CITY and NYPD, and  works

under the supervision, direction, and/or control of his supervisors in the NYPD.

50.   Upon information and belief, at all relevant times described herein, Defendant  NEW

YORK CITY POLICE OFFICER Does are police officers  who are being sued in a collective

capacity and are employees of Defendants CITY  and NYPD. At all relevant times described

herein, Does were violating The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also

known as the Ku Klux Klan Act), The Civil Rights Act of 1964, The Fourteenth Amendment to

Civil Rights Act of 1968  and  acting under color of state law  within the scope of his employment as a police officer employed by Defendants CITY and NYPD,  and works under the supervision, direction, and/or control of his supervisors in the NYPD.

51. Upon information and belief, at all relevant times described herein, Defendant  NEW YORK CITY POLICE OFFICER JOHN DOES ("DOES") (fictitiously  named), are  employees of CITY with an actual place of employment within the  City of New York, State of New York.

52.    Upon information and belief, at all relevant times  described herein, Defendant DOES were acting within the scope of their employment as City of New York Police  Officers. Defendants DOES are being sued in a collective capacity.

Upon information and belief, at all relevant times described herein, Defendant  Detective William Neville  were acting within the scope of their employment as City of New York Police Officers. Defendants DOES are being sued in a collective capacity. " Detective William Neville, Shield No. 4428, is currently assigned to Emergency Service Squad No. 2, and may be served at Floyd Bennett Field, 50 Aviation Road, Brooklyn, New York 11234;"

" Detective Adam Imperato, Shield No. 2991, is currently assigned to Emergency

Service Squad No. 2, and may be served at Floyd Bennett Field, 50 Aviation

Road, Brooklyn, New York 11234."

Upon information and belief, at all relevant times  described herein, Defendant  Sergeant JosephAngelone,  Officer  Rios  and  Freddy  Tavares  were  acting  within  the  scope  of  their employment as City of New York Police  Officers. Defendants  are being sued in a collective capacity. "

"Additionally, the City has confirmed that retired Officer Rios (previously identified in the

City's April 1st letter) may be served at the NYPD Legal Bureau, at 1 Police Plaza, New York,

New York 10038.1"

• NYPD Officer Freddy Tavares, Shield Number 28523, is currently assigned to the 26th

Precinct, and may be served at 520 West 126th Street, New York, New York

10027;

• NYPD Officer Michael Rios,1 Shield No. 27074, has since retired from the NYPD

as of February 2023.

53.    Upon information and belief, at all relevant times described herein, Defendant

CITY, by its agents and/or employees, operated, maintained, and controlled the NEW YORK

CITY FIRE DEPARTMENT, including all EMT/EMS personnel thereof.

54.    Upon information and belief, at all relevant times described herein, Defendant  NEW

YORK CITY FIRE DEPARTMENT (hereinafter, referred to as "FDNY") is a subdivision  and/or

agency of Defendant CITY and has an office at 9 Metrotech Center, Brooklyn, New York  11201.

55.  . Upon information and belief, at all relevant times described herein, Defendant

NEW YORK CITY FIRE DEPARTMENT EMT/EMS DOES, NEW YORK CITY FIRE

56. DEPARTMENT EMS/EMT JOHN DOES ("DOES ) (fictitiously named), where violating

The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan

Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States

Constitution and The Fourth Amendment and The Civil Rights Act of 1968 and acting under color of state law within the scope of his employment are employees of CITY with an actual place of employment within the City of New York, State of New York.

57.    Upon information and belief, at all relevant times described herein, Defendant DOES were acting within the scope of their employment as FDNY members. Defendants DOES are being sued in a collective capacity.

58.    Upon information and belief, at all relevant times described herein, Defendant CITY, by its agents and/or employees, operated, maintained, and controlled the MOUNT SINAI HEALTH SYSTEM, including all employees thereof.

59.    Upon information and belief, at all relevant times described herein, Defendant MSHS is a subdivision and/or agency of Defendant CITY and has an office at 50 Water Street, New York, New York 10004.

60.    Upon information and belief, at all relevant times described herein, MOUNT SINAI HEALTH SYSTEM JOHN DOES ("DOES") (fictitiously named), are employees of CITY with an actual place of employment within the City of New York, State of New York.

Upon information and belief, at all relevant times described herein, Defendant DOES were acting within the scope of their employment as MSHS employees. Defendants DOES are being sued in a collective capacity.

70.    Upon information and belief, at all relevant times described herein, Defendant JOHN DOE is a doctor who is being sued in a collective capacity and is an employee of Defendants CITY and MSHS and Mount Sinai St Luke's. At all relevant times described herein, JOHN DOE was violating The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourth Amendment, 8th Amendment,

71. law within the scope of his employment as a doctor employed by Defendants CITY and MSHS and Mount Sinai St Luke'sand works under the supervision, direction, and/or control of his supervisors in the MSHS and Mount Sinai St Luke's.

72.    Upon information and belief, at all relevant times described herein, Defendant DOES is a doctor who is being sued in a collective capacity and is an employee of Defendants CITY and MSHS and Mount Sinai St Luke's. At all relevant times described herein, DOE was violating The Civil Rights Act of 1866, The Civil Rights Act of 1871 (also known as the Ku Klux Klan Act), The Civil Rights Act of 1964 and The Fourteenth Amendment to the United States Constitution: Ratified in 1868, The Fourth Amendment, 8th Amendment, The Civil Rights Act of 1968 and  acting under color of state law within the scope of his  employment as a doctor employed by Defendants CITY and MSHS and Mount Sinai St Luke's, and works  under the supervision, direction, and/or control of his supervisors in the MSHS and Mount Sinai St Luke's.

73.    Upon information and belief, at all relevant times described herein, Defendant CITY and/or MSHS , by its agents and/or employees, operated, maintained, and controlled Mount Sinai St Luke's, including all employees thereof.

74.    Upon information and belief, at all relevant times described herein, Defendant Mount Sinai St Luke's is a subdivision and/or agency of Defendant CITY and/or MSHS and has an office at  Mount Sinai St. Luke's 1111 Amsterdam Avenue New York, NY 10025

75.    Upon information and belief, at all relevant times described herein, Defendant  DOES (fictitiously named), are employees of CITY and/or MSHS with  an actual place of employment within the City of New York, State of New York.

Upon information and belief, at all relevant times described herein, Defendant  DOES were acting within the scope of their employment as MSHS and/or Mount Sinai St Luke's employees.

Defendants DOES are being sued in a collective capacity.

## COMPLIANCE WITH NEW YORK GENERAL MUNICIPAL LAW

76. Compliance with New York General Municipal Law (GML) is essential for various entities operating within the state, including municipalities, local government agencies, and certain authorities. Here are some key aspects of compliance with the GML:

77. Understanding GML Provisions: The New York General Municipal Law encompasses a wide range of provisions governing the powers, duties, and operations of local governments and related entities. It's crucial for officials and employees to familiarize themselves with relevant sections of the GML applicable to their roles and responsibilities.

78, Legal Requirements: GML sets forth legal requirements related to municipal finance, procurement, public contracts, public works projects, municipal planning and zoning, and other areas of local governance. Compliance with these requirements helps ensure transparency, accountability, and responsible stewardship of public resources.

79. Financial Management: GML contains provisions governing municipal budgeting, fiscal management, debt issuance, and auditing. Local governments must adhere to these provisions to maintain financial stability, adhere to budgetary constraints, and comply with reporting requirements.

80. Procurement Practices: The GML establishes rules and procedures for the procurement of

Compliance with procurement regulations promotes fairness, competition, and integrity in the contracting process.

81. Public Meetings and Records: GML mandates open meetings and public access to government records, subject to certain exceptions. Municipalities must comply with these requirements to ensure transparency in decision-making and facilitate public participation in the democratic process.

82. Ethical Standards: GML addresses ethical standards and conflicts of interest for municipal officials and employees. Compliance with these standards helps prevent corruption, nepotism, and other forms of misconduct that undermine public trust in government.

83. Enforcement and Remedies: Non-compliance with GML provisions may result in legal consequences, including penalties, fines, civil liability, and potential criminal prosecution. Municipalities should establish internal controls, oversight mechanisms, and compliance programs to mitigate the risk of violations.

84. Legal Counsel and Training: Municipalities often seek legal counsel to interpret and ensure compliance with the GML's complex provisions. Additionally, training programs and educational resources are available to help officials and employees understand their obligations under the law.

Overall, compliance with the New York General Municipal Law is fundamental to the effective and lawful operation of local governments and public agencies in the state. By adhering to GML requirements, municipalities can uphold the principles of good governance, safeguard public interests, and maintain the trust and confidence of their constituents.

1. Context and Responses to Emancipation:

White Southerners immediately responded to maintain African Americans in a position resembling slavery.

The cotton economy faced devastation post-war, affecting the labor force and economic structure.

The loss of enslaved laborers resulted in significant capital depletion for Southern slaveholders.

Emancipation shifted economic dynamics, empowering former slaves like Lucinda Comer to manage family enterprises.

2. Reconstruction and Resistance:

Reconstruction aimed at biracial equality and citizenship, granting civil rights and political representation to African Americans.

White resistance intensified, leading to the rise of vigilante groups and widespread violence.

Congressional intervention led to Radical Reconstruction, but political support waned, allowing the South to regain local control.

3. Convict Leasing and Exploitation:

Convict leasing emerged as a lucrative system, exploiting prisoners for profit in industries like coal mining.

Brutal conditions and over-exaggerated criminality led to the widespread incarceration of African Americans.

The convict leasing system perpetuated economic inequality and racial oppression, with little federal intervention.

4. Legal and Political Context:

New laws criminalized black life, perpetuating racial segregation and limiting civil rights gains.

Racial prejudice persisted, justifying discriminatory practices upheld by courts like Plessy v. Ferguson.

Despite some legal action, such as peonage trials, Federal will to dismantle involuntary servitude was lacking.

5. Personal Stories and Legacy:


Personal narratives reflect the enduring impact of racial injustice and forced labor on individuals and families.

Historical injustices, such as the wrongful imprisonment of Henry Malone, continue to affect generations.

This organized format presents a chronological narrative of post-Civil War racial dynamics, including responses to emancipation, Reconstruction efforts, convict leasing exploitation, legal and political contexts, and personal stories illustrating the lasting legacy of racial injustice.



**Incident on February 11, 2020**

 1. On February 11, 2020, I found myself falsely admitted to Mount Sinai St. Luke's while inside my apartment at 70 LaSalle Street, New York, New York.

On the same day, Karen Eubanks contacted the NYPD, and Morningside Heights Housing ("Morningside") facilitated their entry, with Peace Officer Montovo assisting. I did not grant approval for their entry.

Despite being under arrest, I was apprehended, and my apartment keys were withheld.

New York City Police Officers 718 and Reese, along with unspecified officers (DOES), escorted me to an EMT van.

Defendants, New York City DOES, arrived at my building, gaining access with the help of Morningside Housing Corporation Peace Officer Montovo. During this, I contacted 311.

Officer Montovo, and EMT personnel outside my apartment.

The 311 operator's response was less than helpful, providing contact information for city agencies but omitting the FBI.

My call was transferred through 311 to the Civil Complaint Review Board (CCRB). During the call with a CCRB investigator, I expressed concerns, but the investigator offered minimal assistance, suggesting a follow-up call.

2. Upon opening the door, I was immediately arrested without probable cause.

The arrest involved the use of excessive force, with handcuffs that appeared unconventional.

3. Subsequent to the arrest, Peace Officer Montovo called my phone outside the apartment door.

4. Morningside Housing Corporation Peace Officer Montovo and NYPD Officers displayed unprofessional behavior, making funny voices and laughing during the entry. Following the arrest, I was forcibly admitted to Mount Sinai St. Luke's, contrary to my will.

5. At the hospital, my assigned social worker engaged in unauthorized communication with Karen Eubanks.

6. Two psychologists conducted evaluations despite my refusal, violating established protocols.

A doctor referenced unrelated medical records during the evaluation.

Discharge papers indicated no medical issues, raising concerns about potential alterations to my records.

Upon leaving the hospital, I encountered Mr. Montovo at Morningside Gardens Security, where he interrogated me inappropriately.

Montovo violated my Fifth Amendment rights while masquerading as a regular security

Despite my complaint, Montovo did not follow through with filing a complaint against Gilmore.

## Events on september 12, 2021

I saw an interesting person in LA for my first time in La. for some reason she happened to be in the city of Los Angeles. Also Barack Obama knows the same people as her,

## Incident on april 29, 2021

 i kept seeing two men do the same thing over and over again, they said don't forget. 1 was holding out two dollars that's all i can do, i have a great deal where he .

## Incident on april 21, 2023

I met a woman in front of a military base in Maryland studying at Howard university, the number 1 recruiting ground for the FBI and CIA.

Her car  was sitting there by the drive through as 3 other cars were behind waiting like for 19 minutes. She was a  50 year old woman driving a van and said her husband was a former black panther.  Things looked off and she did not change colleges whatsoever. .

##  August 28, 2021

On August 28, 2021 I woke in a paralyze state where couldnt move my body and when I woke I got a call from Mr Walker . My body was in pain for some reason,  it was really bad for about 2 to 3 days, but mafia 21 talked about crimes like this happening.  Also there was a  massive crowd of

## Before the incident took place on february 11, 2020

, I sought police assistance due to harassment from Karen Eubanks.

During this period, New York City Police Officers, John Doe and Jane Doe, exhibited

questionable behavior.

The officers tested boundaries, intrusively filming while I scrolled through my phone.

Despite evidence of harassment, the officers did not provide assistance, and I refrained

from filing police reports.

## February 15, 2020

On February 15, 2020, I visited the Civil Complaint Review Board to file complaints

about NYPD violations on February 11, 2020, and July 2018.

CCRB investigators, Ms. Murgo and her supervisor, displayed inconsistencies and later

committed perjury.

I resigned from disclosing medical records, suspecting untoward motives, and potentially

altered medical records.


I reopened cases with the CCRB, submitting evidence and videos.

Despite ample evidence, the CCRB halted investigations.

I mentioned NYPD Officer Reese, Officer 718, and Sergeant Pierre in my complaint,

suspecting collusion with Karen Eubanks.

The closure coincided with an incident involving Sergeant Pierre, implying potential

collusion with social media influencers.

Following events in October 2021, a complaint was lodged against Ms. Murgo, leading to the reopening and subsequent closure of cases by December 2022.

## FACTUAL ALLEGATIONS

February, 11, 2020., **Incident**

1. On February, 11, 2020. I was falsely admitted into  Mount Sinai St Luke's.  I  was present inside  the apartment  located at 70 LaSalle Street, New York, New York.

2. Sometime on   February, 11, 2020. Upon information Karen Eubanks contacted NYPD, Morningside Heights Housing ("Morningside") opened the door for law enforcement  - the Peace Officer  who  opened  the  door  for  NYPD   was Montovo.   I did not answer the door or give approval for them to come in.

3. I was arrested and moved, they would not let me get my apartment keys.

4. I was take to a EMT van or Hospital van  by New York City Police officer 718 ,  New York City Police Officer Reese  and  DOES

5. At the time Defendants, New York City DOES #1-10  arrived at building 70 lasalle  and came into my apartment with help from MorningSide Housing Corporation  Peace Officer Montovo. When New York City Police Officers  were outside my room door of the apartment, I contacted 311 on the phone.

6.while on the phone with a 311 operator Doe, when police officer 718,Peace Officer

7. The 311 operator was too hysterical over the phone when I needed help when the NYPD was just outside my room door.

8. She gave me two different ways of contacting city agencies/organizations, she did not bring up the FBI.

9. my phone call was transferred through 311 to the Civil Complaint Review Board.

10. I was on the phone with an investigator while New York City Police, MoringSide Housing Corporation Peace Officers and EMTs were outside my room door.

11. I was on the phone with a Civil Complaint Review Board investigator and Does on the phone.

12. The Civil Complaint Review Board investigator was of no help, even after I explained I was concerned.

13. The investigator explained simple terms to call back after every transpired.

14. As soon as I opened the door, the NYPD arrested/detained me without probable cause.

15. They used excused excessive force when bangging on the door and coming to the back of my room.

16. 1 of the New York City Police Officers Doe was wearing a helmet on his head.

17. They New York City Police Officers Does put handcuffs on me, the cuffs didn't look like normal handcuffs they were like chain cuffs or handcuffs combined as 1.

18. They searched my pockets and pulled out my phone too.

19. Earlier Officer 718 said I wasn't under arrest at my room door.

20. I was Walked from room to the ambulance,

21. Morning Side Housing Corporations Peace Officer Montovo Called my phone

22.Morningside Heights Housing Corporations Peace Officer Montovo and other New York City  Police officers were making funny voices when they entered my house and were laughing.

23. After New York City Police arrested me with know  probable cause just based off of Karen  making false statements  which I proved to them in the hospital.

24. I was still taken into the admissions room in Mount Sinai St Lukes against my will. They were not giving me a choice-  intimidations of  threatful  physical  excessive force.

25.My Social  worker  assigned  to me at the time was talking to Karen Eubanks on the phone without permission.

26 . The 2 Psychologists who were evaluating me, who I told - I was not agreeing to evaluation. They still did an eval after I explained all the protocols that were violated.

27. 1 of the Doctors looked up my medical records from another Mount Sinai that had nothing to do with the  matter at hand -, he brought it up for a quick minute.

28I was given discharged papers within the next few hours to leave the admissions room.

29The discharge papers said nothing was wrong with me. I believe they altered the medical records later on or  hospital staffed gave me discharged papers  saying that i was fine - while documenting something else in my medical records

30. After I left the hospital I went to building management/Morningside Gardens Security to get my door open.

31 Mr Montovo was there, we talked for a second as I was asking for my keys.

32. Mr Montovo and all the Peace Officers at Morningside Housing Corporations have been masquerading as security guards, instructed by him - management/ Building management.

33  Montovo  is  the  Chief  or  Sergeant  of  the  Peace  Officer  in  Morningside  Housing

34. Mr Montovo Violated my fifth amendment  constitutional right by interrogating  me while  mascurating as a regular Security guard.   While I was asking for assistance to have my apartment door open.

35. He integrated me while I just got out of the psychiatric unit at Mount Sinai st Lukes.

36.   He coerced me  into  making  self-incriminating  statements to cover for his actions earlier that day.

37. Then got the key and opened to my apartment

28. He did not follow up with a complaint against Gilmore when I contacted him around February 15-17,  2020.

39.before   the months of February 11, 2020, two New York City Police Officers  both male and female came to 70 lasalle.

40. They came to the building complex because I called them to prevent Karen Eubanks from harassing me.

41. I was familiar with the male officer because of events that took place from October 6, 2015.   The male Police officer was there when I was  falsely arrested and  imprisoned into Harlem hospital.

42. I had shown both officers evidence of harassment from Karen Eubanks and they were at first refusing to help.

43. I was  trying to prevent being  falsely admitted like October 6, 2015 and July 2018.

43.The New  York  City  Police  Officer   Jane  Doe  and  John  Doe while  I  was  looking through my iphone for pictures outside my apartment door.

44. The New York City police John Doe pulled his camera closer to my phone while I was scrolling through my pictures for more evidence. The 4th Amendment protects against unreasonable searches and invasions of privacy.

45. New York City Police Officer John Doe and Jane Doe  were testing the water to see how much they could get away with.

46. I did not fill out any police reports and both Police Officers asked for my number and Karen Eubanks number.

47. When I came back outside from the apartment after speaking with Karen Eubanks - the New York City Police cameras were off.

48. I told them all I needed them to do was to  de-escalate the matter.

49. There were other things brought up which I did not consign and reneged on. I did follow up with a few  phone calls to percinit 26 after talking to officers - as actual facts. .

50. The New York City Police Officers  John Doe and Jane Doe said" 2 investigators would follow up". When they left I did not fill out a police report and canceled anything else.

51.I had pictures of  handguns engraved  from instagram  and ghost guns from the website ghost gunner.   I believed that's why NYPD John Doe pulled out his camera closer  while I was looking for a video of Karen Eubanks throwing an iron board  at my door.

52.I had gotten a  call  a week or 2 right after the matter from the NYPD from  precinct 26.

53 . From an unknown number with a blue screen saying unknown  number. I remember at that time I heard from a video on youtube and articles on google about video chatting people without approval from a phone call.

55  My screen was blue and had an unknown  number show up on the screen at that

time.  I believe they were video chatting with me at that time, violating my 4th amendment  rights

- protections against unreasonable searches and invasions of privacy.

56 .Also i did call  percinit  26 before February 11, 2020

57.  My brother  stumbled onto 2 cops violating the 4th amendment rights - protections

against unreasonable searches and invasions of privacy.

58 When he walked out the door, 2  NYPD Does were  waiting outside the door spying

and listening to the conversation.  Apparently they were intimidating him because he caught them

spying.

59 These were the two NYPD Doe investigators who were supposed to follow up with

me. I was in the apartment at the time -  know 1 gave me a heads up  until after the encounter.

60  For a  few minutes I was in the living room of the apartment while they were spying

outside the apartment door.

61 . They didn't contact me, but  my brother did on the phone telling me what happened

afterwards.

62  I believe my iPhone was being taped for quite some time even though the NYPD told

me no over the phone - Including in person on February 15, 2020.

63.  My Iphone kepted  dying at 20% -30% percent at battery power for quite some time.-

including  overheating with the battery. Also I read an article  on google about matters like these

to confirm my suspicions - I would test water too.

64 The First  or second  time I bumped  into Mr John Walker, an NYPD Police cruiser

passed by us and there was a female New York City Police Jane Doe Staring at me from within

the police cruiser.

65 . Mr John Walker looked back and  wasn't intimidated and walked up to the NYPD

February, 11-17, 2020

66 . On February 15 I went to the Civil Complaint Review Board to file a Complaint about Violation of my 4th and 14th amendments being violated by the NYPD on February 11, 2020 and the Month of July 2018.

67 . I had two investigators from the CCRB Ms. Murgo and Her Supervisor there the day I made the complaint.

68 . Ms Murgo and Her supervisor committed perjury within the first few minutes of the interview.

By not bringing up the fact that I contacted the CCRB while NYPD Does and EMT Does where outside My Door - there were false memories during the interview process.

69 . They made me fill out 3 disclosure forms that I resigned from later. Which Ms Murgos' supervisor told me I caught them right before sending them out.

70 .It was disclosure forms of my medical records for Harlem Hospital, New York Presbyterian Hospital  and Mount Sinai St Lukes.

71 . Also i would like to point out that the Nurse or Doctor i had at New York Presbyterian located in New York City on the lower East Side.  She was actually on social media going viral for E- Bike(city bike) matter.

72 . Parently she took or tried to take a young black man's E-bike(city bike). If I'm correct she could have possibly been involved in events in July 2018.  She looks similar to a nurse or doctor in New York Presbyterian .

73. I know this because when I was in the admissions room at New York City Presbyterian, she could of been possibly 1 of the staff that evaluated me and said I was delusional. because I said my name was Ali Alexander Moore, but my name tag said I was Alexander Moore - they were unprofessional and biased .

74. She looks similar in features and face that could possibly be her from New York City Presbyterian Hospital from July 2018 another event with the same NYPD precinct - precinct 26.

75. Also New York presbyterian disclosed my medical records to my father without my approval, also i have not read or gotten  access to them yet - so that cases can be opened with discovery.

76 I would not be surprised if my medical records are altered when I get them from New York City Presbyterian Hospital. Karen Eubanks went through my notes in my room while I been out of state

77.  Karen Eubanks did not return them all, especially the  numbers of the contacts I made while I was admitted - eyewitnesses.

73 .  Also she took my keys to the house in New York City when I was staying at my new address out of state or should I say stolen them by saying" I can't find them".

February, 15, 2020

74 .  I went to percinit 26 on February 15, 2020 to find out about Police Officers who came to the apartment between December 2019 - January 2020.

75 .  They violated the Civil rights act of 1964 by refusing to let me get access to reports and names of The John Doe and Jane Doe New York City Police Officers who came to my apartment between December 2019 - January or  earlier February 1, 2020 to February 15, 2020 just to be safe.

76. They refused Public Accommodations such as giving info on events, when I made the phone call to the police officers earlier from past events.

77. New York City Police Officer Combrella batch number 7427  was at the front desk of percinit 26,  he said he worked there for 15 years - he did not follow through, negligence.

78 . New York City Police Officer Torterra  2377 was there at the time.

79. New York City Police Officer 718 was there  including on February 11, 2020

80 . New York City Police Officer  Jane Doe was there but remained silent.

81 .Me and  New York City Police Officer Combrella batch number 7427  have history since back in 2015 since the first time I was admitted. On October 6, 2015 to Harlem Hospital.

82 I filed a human rights complaint on the matter back in 2016 - nothing happened.

83  He was the Police officer who drove me to Harlem Hospital after my 4th and 14th amendments were violated  on October 6, 2015.

84.  The New York City Police Officer John Doe who came to my apartment from a 911 call  between December 2019 - January 2020  was there with a crowd of New York City Police Officers on October 6, 2015.

85. I have documents and recordings to support my evidence, I can open the cases again with discovery as well because of new evidence obtained I  believe.


86. I reopened my cases with The Civil Complaint Review board with evidence and sent out video evidence to the portal and Ms Murgo and her supervisor heard and saw everything on February, 11, 2020 during our interview.

87.  The  Civil  complaint  Review  board  had  more  than  enough   evidence  and  time  to handle the matter but stopped the investigations later on.

90. I had put New York City Police Officer Reese, New York Police Officer 718  in  the report   and  New  York  City  Police  Sergeant  Pierre   in  the  complaint   that  was  filed  before February 15, 2020   - Who is in charge of the Domestic Violet Unit of Percinit 26.

91.  Who  Knows  Karen  Eubanks  and  I  believe  they  talked  before  February  11,  2020 because that was the first time I ever heard of his name before February 11, 2020. I believe he was the  1 who was giving  her  the ideals to do this with false imprisonment and few others.

92. June 3's, 2021 New York City Police Officer Sergeant Pierre violated the  Civil

Rights Act of 1871 and Civil Rights Act of  1964  as a form of retaliation for filing a complaint

with The Civil Complaint Review Board. The Civil Complaint Review Board closed the case

when I received an email from Jonathan Darche Executive Director on June 20th 2020, 100

percent setup.

93. It happened the same month I bumped into him at an event or birthday celebrations

with Social media influencers -  who I know for face value.  Meaning I believe the Civil

Complaint Review Board was corresponding with him, Including the social media influencers.

94. Also I Mention in the  report that i believe that there was Hispanic Police gang

involved

 December of 2022

95. After events transpired on October 1st and 5th  2021 i went to the Civil complaint

review Board again and made a complaint against Ms Murgo.  Apparently they reopened the

cases but concluded  it by the month of  December of 2022

Cause of all  dates mention

98.I am implicating Columbia University in this context due to its pervasive involvement in

shared  monopolies  with  nearly  all  entities  mentioned  in  the  lawsuit  or  complaint.  Columbia

University  has  established  business  partnerships  with  MorningSide  Heights  Housing

Corporations,  Harlem  Hospital,  Mount  Sinai  St.  Luke's,  and,  interestingly,  even  with  Barack

Obama  during  his  tenure  as  a  student  at  Columbia  University.  Furthermore,  it  appears  likely  that

Columbia  University  is  a  significant  contributor  to  the  Democratic  Party,  given  its  extensive

property  ownership,  effectively  monopolizing  a  substantial  portion  of  Manhattan.  This  assertion  is

reinforced  by  its  association  with  the  College  Democrats  (CU  Dems),  aligning  with  the

Democratic  Party's  interests.  Notably,  New  York  City  serves  as  the  headquarters  for  the

Democratic Party further considering the interconnected facts one emerges that qualifies as 42 USC 1985, **Section 1985(3):** Often referred to as Section 1985(3), this part of the statute is commonly invoked. It allows individuals to bring a cause of action when there is a conspiracy to deprive any person or class of persons of the equal protection of the laws or of equal privileges and immunities under the laws.

99. Columbia University has been engaged in what appears to be a shared monopoly or business partnerships with various entities, including Harlem Hospital, MorningSide Heights Housing Corporations, and Mount Sinai St Lukes. This collaboration seems to have persisted during the time when even Ms. Kam Brock gained media coverage on PIX 11 during 2014. Notably, Columbia University holds a significant stake in the real estate of Harlem and Upper Manhattan.

100. My mother, a former alumna of Columbia University, and my grandfather, Joseph Eubanks, a World War II veteran who deliberately left the area to escape what he perceived as a socially and economically oppressive environment rooted in systematic white supremacy (white-collar crime), would likely express displeasure with the current situation if he were still alive.

111. Having once been employed as a temporary worker at Columbia University, I observed a conspicuous lack of heterosexual Black Freemen/African American males on campus, reflective of a broader trend in the community over the past 13 years. This decline, in my view, is not coincidental but rather appears to be premeditated. The university's substantial real estate holdings, coupled with a discernible decrease in the presence of individuals like myself, suggest intentional actions that contribute to a broader issue.

112. This intentional decrease in the demographic presence of Heterosexual Black Freemen/African American males, coupled with my perception of organized professional child

abuse within a common plantation culture.

plantation, perpetuated by Columbia University and families aligned with maintaining the social status quo rather than promoting equal justice.

113. Columbia University appears to be actively involved in shaping, molding, and structuring an entire social environment, implementing a form of social engineering with the intent of fostering a matriarchal culture reminiscent of the Easter part of Rome. The institution seems to be conditioning its college alumni to identify primarily with manufactured cultural groups—defined by factors such as gender, generation, or sexual preference—in today's economy. This cultivation tends to align with a pro-social status quo orientation, prioritizing adherence to societal hierarchies rather than advocating for equal justice.

114. Individuals affiliated with these manufactured cultural groups, in turn, may become complicit in discriminatory practices and collaborate with white-collar crime, often associated with the overarching concept of white supremacy, emanating from various states. The historical backdrop of states within the United States engaging in violations of constitutional and civil rights, particularly with regard to the subjugation and marginalization of Black Freemen/African Americans, is a pertinent aspect of this narrative.

115 Within the social status quo, an individual's household median income becomes a determinant factor, and racial-ethnic groups are subjected to a hierarchical ranking system. Privileges and benefits within a racial-ethnic group are distributed unevenly, with certain subgroups enjoying more advantages due to their association with specific manufactured cultural groups, such as women, different generations, the LGBT community, and individuals of immigrant backgrounds.

116. Columbia, in conjunction with or assisting these citizens who surround themselves with these manufactured cultural groups, seems to be wielding these groups as instruments to engage in white-collar crime in collaboration with state entities or various government sectors. This utilization occurs through educational channels, particularly through Ivy League schools, despite the historical association of many Ivy League institutions with founders who were slaveholders and viewed Black Freemen as property.

117. An illustrative example is Karen Eubanks, who identifies primarily as a woman and aligns with feminist ideologies. As a graduate of Teachers College at Columbia University, she has allegedly played a role in perpetuating a dynamic that has, over the past 6-7 years, led to the transformation of the narrator into a semi-slave. This transformation is purportedly facilitated with the assistance of state agencies operating within the vicinity of Columbia University and state facilities, including Harlem Hospital and Mount Sinai St Lukes, which historically and contemporarily maintain business partnerships with Columbia University, including MorningSide Heights Housing Corporation

118. Over the past six to seven years, I have found myself in a disconcerting position, being figuratively characterized as a "Semi Slave" and subjected to emulation by resources affiliated with the state of New York. This unsettling circumstance prompts contemplation, particularly given the city's status as the headquarters of the Democratic Party. The historical backdrop is noteworthy, as the Democratic Party, historically influential in New York and nationwide, had an adverse stance toward the emancipation of Black Freemen and Freewomen from Antebellum slavery in 1865—the very ancestors from whom I trace my lineage.

119. The last 120-son, 01,800 1-ERy life course linked to police Graham/24's emance 48 rof95he administrations of Barack Obama, who, notably, belonged to the Democratic Party. The convergence of these circumstances raises questions about the implications of party politics on the individual, particularly in the context of historical positions and their resonance in contemporary policy outcomes.

120. **The 21st Century Cures Act (2016):** While not exclusively focused on law enforcement, this legislation included provisions to improve mental health services and resources for law enforcement officers.

121. **Task Force on 21st Century Policing (2014):** President Obama established the Task Force on 21st Century Policing to identify best practices and make recommendations to improve community policing. The resulting report included recommendations on building trust and legitimacy, policy and oversight, technology and social media, community policing, and officer training and education.

122. **Violence Against Women Act (VAWA) Reauthorization**: President Obama signed the reauthorization of the Violence Against Women Act in 2013, which strengthened protections and support services for victims of domestic violence, sexual assault, dating violence, and stalking. The reauthorization included provisions to enhance protections for immigrant women, LGBTQ individuals, and Native American women.  Sargent Pierre is in charge of the domestic violence unit in percinit 26. On october 6 2015 kare utilized life net crisis unit to  if remember right name correct.

global initiatives to promote women's empowerment and gender equality, such as the Let Girls Learn initiative, which aimed to expand access to education for adolescent girls around the world, and the U.S. National Action Plan on Women, Peace, and Security, which focused on promoting women's participation in conflict prevention, peacebuilding, and post-conflict reconstruction efforts.

These policies entrenched the manufactured cultural paradigm, perpetuating both the driver system and prison leasing arrangements. These mechanisms effectively serve as a conduit for the creation of a new manufactured cultural cohort, for which Obama implemented policies and redirected funding, essentially positioning them as a buffer group. This conflation of sexism and ageism, compounded by governmental neglect (systemic white supremacy/white-collar crime), engenders the emergence of a novel manufactured cultural entity, predicated upon governmental neglect and the pervasive influence of the socio-economic milieu. Exploiting this situation, there is a strategic exploitation of sexuality and profiteering through racketeering.

The initiation of this process can be traced back to the Democratic Party's initiatives under Barack Obama, while Republicans during the Trump administration sought to obfuscate these actions, particularly evident in the efforts spearheaded by Governor DeSantis. I, personally, do not align with either the Democratic or Republican ideologies; rather, I adhere to independent thinking. Both parties are suspect in their conduct, having perpetuated a state akin to semi-slavery. It is an irrefutable fact that once an individual surpasses the age of 35, they are entrenched in a proclivity towards white-collar crime, maintaining a steadfast allegiance to white supremacist ideologies.

The enduring legacy of these policies harkens back to antebellum slavery, where the prison leasing system during the Reconstruction era subjected my ancestors to untold suffering. The era of semi-slavery, marked by the implementation of Black Codes and Jim Crow policies, persisted for a staggering century, though in truth, it endured for a century and a half, owing to the

egregious failure to uphold federal and constitutional laws, as civil rights legislation such as the Civil Rights Act of 1866, persisting even to this day. These assertions are not conjecture; rather, they are grounded in indisputable facts, exemplified by Joe Biden's Anti-Crime Bill and the implementation of the "three strikes, you're out" policy—an incontrovertible reality beyond the purview of debate.

123. In my firsthand observations, it becomes apparent that law enforcement, rather than strictly adhering to legal statutes, often prioritizes the enforcement of societal norms or the prevailing social order—commonly referred to as the social construct or social status quo. This subjective interpretation is grounded in my personal experiences and perceptions.

124. A notable shift in the landscape occurred during the tenure of President Barack Obama. It is discernible that the Driver system and prison leasing underwent a comprehensive overhaul during his administration, concurrently reinstating them through the implementation of new law enforcement policies and laws, as well as healthcare policies and laws. These changes, emanating from the highest echelons of executive authority, have contributed to reshaping the dynamics of law enforcement practices and penal institutions.

125. It is noteworthy that Barack Obama, a Columbia University alum, played a central role in shaping these policies. Columbia University, located in New York, is intricately connected to various entities, forming a shared or municipal monopoly with Morningside Heights Housing Corporation, Mount Sinai St Lukes, and Harlem Hospital. This interconnection raises questions about the potential influence of institutional affiliations on policy decisions and their implications for law enforcement practices and healthcare policies.

126. The legislative landscape that has adversely impacted certain aspects involves key enactments, notably the 21st Century Cures Act of 2016, the Task Force on 21st Century Policing established in 2014, and the Affordable Care Act (ACA). While each of these policies bears distinct implications, the ACA, in particular, has introduced unfavorable consequences. By extending healthcare coverage, it inadvertently exposed individuals in low-income households to potential exploitation within the insurance framework.

128.  At the time Defendants 718 and DOES came  into contact with me I was not a threat to myself or anyone else.

129. Defendants 718 and DOES, inquired I was silent  at first and then polite. I responded in an affirmative polite way to  show I was not interested in talking.

130. Immediately upon confirming my  identity, Defendants 718 and DOES surrounded me, forcibly grabbed me and placed me in  handcuffs.

131.  The  Defendants 718 and DOES  Search my pockets without permission

132.. At some point, Defendants 718 and DOES  walked me  to the  ambulance parked at the building complex at LaSalle Street, New York, New York.

133. Upon information, Defendant REESE and DOES arrived on scene.

134.At no time, on February 11, 2020, did I  commit any crime or violation of law.

135. At no time, on February 11,, 2020, did Defendants  718  and DOES possess probable cause to arrest MOORE.

136. At  no  time,  on  February  11,  2020  did  Defendants   718  and  DOES  possess

information that would cause a reasonable person to believe probable cause for arrest me.

137. At no time, on February 11, 2020, did I present a danger to myself or any other individual upon the premises.

138. Despite my protestations and that I was not a danger to myself or others, I was forcibly handcuffed and walked to the ambulance from my apartment

139. At all relevant times, I did not display any weapons nor threaten use of a weapon nor threaten use of force. In front of officers or employees at Morningside Heights Housing Corporation including areas near them. I had no ill intent on February 11, 2020.

Defendants 718 and DOES, without my consent, searched my room's personal belongings. When I came back home I saw my plastic bag on the chesterdore and a bent key made out of a different texture of metal.

140. I was handcuffed and psychologically tortured by the NYPD much to my embarrassment and humiliation while my neighbors were looking on.

141. As a result of Defendants 718 and DOES use of unlawful force,

142 Upon the ambulance arriving, Defendants 718 and DOES forcibly walked me to the ambulance by handcuffs. I was then taken to Mount Sinai Saint Lukes by Defendants REESE and DOES,

143. Once at Mount Sinai St Luke's I requested to be release, upon information and belief, I was told by New York City Police REESE, and DOES that I was not permitted to leave and would be held at Mount Sinai Saint Lukes for a "psych evaluation" even though I was no danger to myself nor others.

144. I the plaintiff was admitted to Mount Sinai St Lukes without my consent.

145. Doctors DOES were my designated attending physicians.

146. Upon information and belief, Doctors Does all conducted a psychological evaluations of me.

147. The policies enacted by President Trump and the Republican Party served to fortify and perpetuate the policing and medical legislation initiated during the Obama administration. This continuity in approach was evident throughout their respective presidencies.

148. The Republican Party must bear responsibility, as manifested through policies implemented during the Trump administration, prominently represented by The Crisis Intervention Team (CIT) Program and the Mental Health and Policing Executive Order (2019).

**Support for Law Enforcement:**

**Back the Blue:** Trump expressed strong support for law enforcement officers and initiated the "Back the Blue" campaign, highlighting his commitment to supporting police.

Mental Health Initiatives:

Executive Order on Mental Health: In January 2020, Trump signed an executive order aimed at increasing access to mental health care and addressing the mental health crisis in the United States.

Support for Law Enforcement:

Executive Order on Safe Policing for Safe Communities (2020): This order focused on improving policing practices, promoting transparency, and providing support for law enforcement while addressing concerns about the use of force and accountability.

- **<u>Community Engagement:</u>**
  - Emphasis was placed on engaging with communities to develop strategies that enhance public safety. Building trust between law enforcement and the communities they serve was highlighted as a crucial component of effective

149. President Trump perpetuated the policy of neglect towards the rights and well-being of Black Freemen/African Americans, reminiscent of the stance adopted during the preceding administration. Diverging from the legislative initiatives of President Obama, Trump refrained from enacting any new laws or policies addressing the concerns of this demographic. Furthermore, Governor DeSantis, a prominent member of the Republican Party, instituted a ban on black history, prompting scrutiny regarding the preservation of historical narratives and inclusivity in the state of Florida.

**Mental Health Parity Enforcement:** The administration expressed support for enforcing mental health parity laws, which require insurance companies to provide equal coverage for mental health and substance use disorder services compared to other medical services. However, enforcement efforts varied, and some critics argued that more robust enforcement was needed.

**Mental Health Awareness Campaigns:** While not a central focus of the administration, there were some initiatives aimed at raising awareness about mental health issues, particularly related to suicide prevention and destigmatization efforts.

 Trump did not repeal the Mental Health Parity and Addiction Equity Act (MHPAEA) or the Mental Health Awareness Campaigns initiated by President Obama.

During his presidency, President Trump and congressional Republicans made efforts to repeal and replace the Affordable Care Act (ACA), commonly known as Obamacare. However, a full repeal did not occur. Instead, certain provisions of the ACA were repealed through the Tax Cuts and Jobs Act of 2017, such as the individual mandate penalty. These repeals did not specifically target mental health parity or awareness campaigns.

Joe Biden played a significant role in helping President Barack Obama with policies related to healthcare during Obama's administration. One of the most notable examples is Biden's involvement in the passage of the Affordable Care Act (ACA), also known as Obamacare.

As Vice President, Biden worked closely with President Obama and congressional leaders to advocate for the passage of the ACA, which aimed to expand access to healthcare coverage, improve the quality of care, and reduce healthcare costs. Biden played a key role in rallying support for the legislation, negotiating with lawmakers to address concerns and secure votes, and serving as a spokesperson for the administration's healthcare priorities.

Biden's efforts were instrumental in garnering support for the ACA among Democrats in Congress and helping to shepherd the landmark healthcare reform legislation through the legislative process. The ACA was signed into law by President Obama in March 2010, marking a major achievement for the Obama-Biden administration and a significant milestone in healthcare policy in the United States.

In addition to the ACA, Biden also contributed to other healthcare-related initiatives and policies during the Obama administration, including efforts to expand access to mental health services, improve healthcare quality and patient safety, and address public health challenges such as the opioid epidemic.

February, 11 - 15, 2020

159. I saw a guy walking a dog get on my floor while i was heading out,

160. He wasn't coming from downstairs, but up stairs like the 18 floor or 19 floor.

161. This took place after I was falsely admitted to the admissions room between 12-15.

162. When I saw him after he got off the elevator he was surprised.

163. I did say earlier that when I came back home on February 11, 2020. My key was bent and wasn't the same texture - different key.

164. On February,15, 2020 when I went to Percinit 26 I saw the same gentleman.

165. Walking outside the percinit in the opposite direction from me, Dressed in a New York City Police Officers uniform, he was a cop - Who is latino Descent.

166. I Also know of a New York City Police Officer from percinit 26 who lives at 3333 Broadway on West 135th street - who is known as a white supremist - Who is latino Descent.

167. I saw a few people from the building complex Morningside Gardens resident go there too.

168. I Bumped into the gentleman New York City Police officer Doe on Saint Nicholas on 125th street.

169. He played something to me while passing by that was alarming, that conferred my suspensions.

170. I kepted finding my room door unlocked repeatedly and the front door of the apartment.

171. Brought this up to Karen Eubanks, she didn't care. She is only about being dominant, not right or wrong - feminism for you.

172. Also my family members have keys to my room.

174. Feminism and its allies masquerading as being pro equal justice for BlackFreemen/ African Americans while viewing them as pets.

175. Also I never collected SSI every day in my life because I come from a working class home/Family.

178. Obama created and introduced these policies/ laws/ dealing with law enforcement/ and renovated the Driver system/prison leasing system with the medical industrial complex.

Trump reinforced those laws/ policies with his own coming to law enforcement/ mental health.

I  in no way  contributed to or caused the injuries  suffered.

179 .The conduct of Defendants was the proximate cause of my injuries.

180. The injuries suffered by Plaintiff are permanent in nature.

### A Custom, Policy, and Practice of Failing to Properly Handle African Americans

A custom, policy, and practice of failing to properly handle individuals who are African American refers to a systemic issue where there is a consistent failure within organizations, institutions, or government agencies to adequately address the needs, rights, and experiences of African Americans. This failure may manifest in various forms of discrimination, inequality, bias, or mistreatment based on race. Custom refers to an established pattern of behavior or practice that is consistently followed within an organization or system. Policy refers to the written guidelines, rules, or protocols that

dictate how an organization should handle specific situations, practice

refers to the actual implementation of those policies or the way things are done in

practice. When these three components—custom, policy, and practice—combine to

perpetuate a failure to properly handle individuals who are African American, it can

result in significant disparities, injustices, and violations of their rights. Some examples

of such failures include:Racial profiling: The use of biased or discriminatory practices

by law enforcement that disproportionately target African Americans for surveillance,

searches, or stops based solely on their race, without reasonable suspicion of criminal

activity. Disproportionate use of force: The excessive or unwarranted use of force by law

enforcement officers against African American individuals, leading to injury or death,

often in situations where non-African American individuals might have been handled

differently. Discriminatory practices in employment and housing: Custom, policy, and

practice that perpetuate systemic barriers and inequalities in access to employment

opportunities, promotions, housing, and other essential services based on race.

Disparities in the criminal justice system: Policies and practices that result in

disproportionately higher arrest rates, harsher sentencing, and higher rates of

incarceration for African Americans compared to other racial groups, contributing to

racial disparities within the criminal justice system.


**A Custom, Policy, and Practice of Failing to Properly Handle Black Freemen**

"Black freemen" specifically refers to a historical context in the United States,

particularly during periods of slavery and its aftermath. The use of the term "freemen"

typically denotes formerly enslaved individuals who gained their freedom.


During those times, there were indeed customs, policies, and practices that resulted in

the mistreatment, discrimination, and denial of rights for Black freemen. These practices

were rooted in systemic racism and were prevalent in various areas, including

employment, housing, education, and the legal system. Some examples include:

Segregation and Jim Crow laws: Following the abolition of slavery, Black freemen faced

widespread segregation and the implementation of laws that enforced racial

discrimination, such as Jim Crow laws. These laws mandated racial segregation and

limited the rights and opportunities available to Black individuals.

Discrimination in employment and housing: Black freemen often encountered

discriminatory practices when seeking employment or housing. They faced restricted job

opportunities, lower wages, and limited access to affordable and quality housing due to

systemic racism and bias.

Unequal treatment in the legal system: Black freemen experienced significant disparities

in the criminal justice system, including biased arrests, unfair trials, and harsher

sentences compared to their white counterparts. They often faced institutionalized racism

and systemic biases that violated their rights and undermined equal justice.

Voter suppression: Black freemen faced various tactics aimed at suppressing their voting

rights, including poll taxes, literacy tests, and other forms of voter intimidation and

discrimination. These measures were designed to prevent Black individuals from

participating in the political process and exercising their democratic rights.

Addressing the historical and systemic failures in handling Black freemen required

significant civil rights movements, legislative reforms, and court decisions that

challenged and dismantled these discriminatory customs, policies, and practices. The

struggle for civil rights and racial equality in the United States continues to this day, as

efforts to combat systemic racism persist. It's important to remember that while progress

has been caused. The legacy of these historic injustices continues to impact people

of color today. Ongoing efforts are necessary to promote equality, justice, and the

protection of civil rights for all individuals, irrespective of their race or ethnicity.

Addressing these systemic failures requires comprehensive efforts to reform policies,

practices, and cultural norms within organizations, institutions, and society as a whole. It

involves advocating for equal rights and opportunities, challenging discriminatory

practices, promoting diversity and inclusion, implementing implicit bias training,

fostering community engagement, and supporting initiatives aimed at dismantling

systemic racism. The goal is to ensure that African Americans are treated with dignity,

fairness, and equality, and that their rights and well-being are fully protected and

respected. This work often involves collaboration among activists, community leaders,

policymakers, and affected individuals to advocate for systemic changes and promote

social justice.

107. As a direct and proximate result of their deliberate disregard of NYPD policies and

procedures, Plaintiff MOORE sustained severe and serious injuries.

108. Upon information and belief, CITY and/or NYPD was or should have been aware  of

police officers' past poor treatment of Racial profiling, yet failed to adequately  screen, train,

supervise, or discipline police officers regarding Racial profiling Black Freeman/African

Americans of  citizens including, but not limited to, the use of equipment to restrain persons,

evaluation of initial  encounters with police controlling situations with Racial profiling and

adequate  medical care. Said inaction constitutes deliberate indifference that caused the

discriminatory legal enforcement and severe  and serious injury to Plaintiff MOORE.

. On February 11,2020 a collective group named Defendants violated existing policies

group   Defendants' and   MSHS  deliberate  indifference  to  individuals  deemed  as    Black

Freeman/African Americans

. Prior  to  and  at  the  time  of  the  encounter  with   me it  was  identified  by   Defendants,

DOES.. As  such,  Defendants  DOES  were  required  to  follow   certain  rules  and  regulations  of

MSHS,  some  of  which,  on  information,  are  outlined  in  the   MSHSs departmental  policies  and

which  required  Defendants  to  employ  particular  methods  and   to  otherwise  use  reasonable  care  in

their  treatment  of  me. Defendants  DOES  deviate   from  appropriate  and  accepted  standards  of  care

for  medical  professionals.

. Despite  the  foregoing,  Defendants  DOES  failed  to  follow  departmental  policies  and

deviated  from  appropriate  and  accepted  standards  of  care  for  medical  professionals.

Instead,  collective.    Defendants  forced  a  discriminatory  legal  enforcement  ,  used

excessive   force,  and  were  otherwise  wantonly  reckless  in  the  manner  in  which  they  treated  me ,

in  complete  disregard  for  his  wellbeing  and  safety  and,  in  so  doing,  caused  serious  and  severe

mental   injuries  to  me.

. Defendants  knew  of  my  past  history  with  the  NYPD  and  failed  to  follow  MSHS  protocol

and  deviated  from  appropriate  and   accepted  standards  of  care  for  medical  professionals.

. Despite  this  knowledge  of  me,  Defendants,  DOES   and  deliberately  and  intentionally

disregarded  the  directives  for  dealing  with

Black   Freeman/African  Americans  set  out  in  MSHSs policies  and  deviated  from

appropriate  and  accepted  standards   of  care  for  medical  professionals.

As  a  direct  and  proximate  result  of  their  deliberate  disregard  of  MSHS  policies   and

professionals, Plaintiff MOORE sustained severe and serious mental injuries.

Upon information and belief, MSHS and/or Mount Sinai St Luke's was or should have been aware of the collective Defendants' past poor treatment of a Black Freeman/African American.

, yet failed to adequately screen, train, supervise, or discipline their employees regarding the health of citizens including, but not limited to, the use of evaluation of initial encounters with controlling situations with Black Freeman/African Americans

, and adequate medical care. Said inaction constitutes deliberate indifference that caused the discriminatory legal enforcement and severe and serious injury to me.

## Negligence or Gross Negligence:

(City of New York, New York City Police Department New York Police Department DOES in a collective capacity, FIRSTSERVICE RESIDENTIAL in a collective capacity and DOES, MOUNT SINAI ST LUKE'S HOSPITAL and DOES, MOUNT SINAI HEALTH SYSTEM and Does , Democratic Party and Does , Columbia University and Does, Barack Obama in a collective capacity,, Morningside Heights Housing Corporations and Does in a collective capacity, New York City Police Officer 718 in a collective capacity, New York city Police Officer Sergeant Pierrer in a collective capacity, NEW YORK CITY FIRE DEPARTMENT and Does in a collective capacity, FIRSTSERVICE RESIDENTIAL and Does , Mount Sinai St Lukes and Does capacity, Mount Sinai Health systems , Karen Eubanks , Peace Officer Gilmore, Peace Officer Montovo , CIVIL COMPLAINT REVIEW BOARD and Does, investigator Murgo , NEW YORK CITY FIRE DEPARTMENT , 311 and Does , MorningSide garden Does tenants John Does, Republican Party and Does in a collective capacity , Trump , Joe Biden in a collective capacity, Louis Farrakhan , Nation of Islam and Does Federal Bureau of Investigation FBI and Does , United States Armed Forces and Does, Federal strike force and Does), 1#200

**Defendants:** City of New York, New York City Police Department (NYPD), FIRSTSERVICE RESIDENTIAL, Mount Sinai St. Luke's Hospital, Mount Sinai Health System, Democratic Party, Columbia University, Barack Obama, Morningside Heights Housing Corporations, New York City Police Officer 718, New York City Police Officer Sergeant Pierrer, New York City Fire

Department, Complaint Review Board, Investigator Murgo, 311, MorningSide Garden Tenants (John Does), Republican Party, Trump, Joe Biden, Louis Farrakhan, Nation of Islam, Federal Bureau of Investigation (FBI), United States Armed Forces, Federal Strike Force, and Does.

line 1#200

### Racketeer Influenced and Corrupt Organization Act (RICO)

(City of New York, New York City Police Department  New York Police Department DOES in a collective capacity,  FIRSTSERVICE RESIDENTIAL  in a collective capacity and DOES, MOUNT SINAI ST LUKE'S HOSPITAL  and  DOES, MOUNT SINAI HEALTH SYSTEM and Does , Democratic Party and Does , Columbia University and Does, Barack Obama  in a  collective capacity,, Morningside Heights Housing Corporations and Does  in a collective capacity, New York City Police Officer 718  in a collective capacity, New York city Police Officer Sergeant Pierrer  in a collective capacity, NEW  YORK CITY FIRE DEPARTMENT and Does  in a collective capacity, FIRSTSERVICE RESIDENTIAL  and  Does , Mount Sinai St Lukes  and Does  capacity, Mount Sinai Health systems , Karen Eubanks , Peace Officer  Gilmore, Peace Officer Montovo ,  CIVIL COMPLAINT REVIEW BOARD and Does, investigator  Murgo , NEW YORK CITY FIRE DEPARTMENT , 311 and Does , MorningSide garden Does tenants  John Does, Republican Party and Does  in a collective capacity , Trump  , Joe Biden  in a collective capacity, Louis Farrakhan ,  Nation of Islam and  Does Federal Bureau of Investigation FBI and Does ,  United States Armed Forces and Does, Federal strike force and Does),  1#200

**Defendants:** City of New York, New York City Police Department (NYPD), New York Police Department DOES in a collective capacity, FIRSTSERVICE RESIDENTIAL in a collective capacity, MOUNT SINAI ST LUKE'S HOSPITAL and DOES, MOUNT SINAI HEALTH SYSTEM and Does, Columbia University and Does, Barack Obama in a collective capacity, Morningside Heights Housing Corporations and Does in a collective capacity, New York City Police Officer 718 in a collective capacity, New York City Police Officer Sergeant Pierrer in a collective capacity, NEW YORK CITY FIRE DEPARTMENT and Does in a collective capacity, FIRSTSERVICE RESIDENTIAL and Does, Mount Sinai St Lukes and Does, Mount Sinai Health

REVIEW BOARD and Does, investigator Murgo, NEW YORK CITY FIRE DEPARTMENT, 311 and Does, MorningSide garden Does tenants John Does, Republican Party and Does in a collective capacity, Trump, Joe Biden in a collective capacity, Louis Farrakhan, Nation of Islam and Does, Federal Bureau of Investigation (FBI) and Does, United States Armed Forces and Does, Federal strike force and Does.

**Allegations:** The Plaintiff alleges that the Defendants engaged in a pattern of racketeering activity in violation of the Racketeer Influenced and Corrupt Organizations Act (RICO). This pattern of activity includes but is not limited to bribery, extortion, fraud, and obstruction of justice. The Defendants, acting in concert as part of an ongoing enterprise, conspired to commit these illegal acts for financial gain and to maintain control over various sectors of society, including law enforcement, healthcare, education, and government.

The Plaintiff further alleges that the Defendants' actions have caused direct harm to the Plaintiff, including deprivation of civil rights, financial losses, emotional distress, and damage to reputation.

**Relief Sought:** The Plaintiff seeks compensatory and punitive damages, injunctive relief, attorney's fees, and any other relief deemed just and proper by the court.

## **COUNT I**

### **42 U.S.C. § 1983// 42 U.S.C. § 1985  - Violations of Fourth and Fourteenth,8th amendment, Amendment Rights** (against Defendants New York City, Democratic

Housing Corporations, New York City Police,
NEW YORK CITY FIRE DEPARTMENT, FIRSTSERVICE RESIDENTIAL, Mount Sinai St Lukes, Mount Sinai Health systems, Karen Eubanks, Gilmore, Montovo, CIVIL COMPLAINT REVIEW BOARD Murgo NEW YORK CITY FIRE DEPARTMENT ,311
Republican Party , Trump, Joe Biden **SUITE )** 1#200

I hereby reaffirms, underscores, and reaffirms each and every assertion delineated in the preceding and/or subsequent paragraphs of the Complaint, retaining the same potency and legal significance as if fully expounded upon herein.

In perpetrating the alleged acts and omissions detailed herein, the individual defendants operated under the guise of state authority, thereby infringing upon the plaintiff MOORE's constitutionally safeguarded rights under the Fourth and Fourteenth Amendments to the United States Constitution. These rights include, but are not restricted to:

a. The entitlement to freedom from unwarranted searches and seizures;

b. The entitlement to freedom from undue employment of force;

c. The entitlement to freedom from deprivation of life and liberty without due process of law; and

d. The entitlement to freely associate with one's family and beloved.

The individual defendants directly contravened these constitutional protections or neglected to intercede to prevent such infringements, despite possessing the capacity and opportunity to do so. Everything that has transpired is exhaustively detailed in line 1#146.

The illicit actions of the individual defendants were purposeful, malevolent, oppressive, and/or heedless, warranting the imposition of punitive damages.

Section 1985 of Title 42 of the United States Code (42 USC 1985) is a federal statute that furnishes a legal basis for civil rights violations, frequently involving schemes to obstruct the

As a proximate outcome of the individual defendants' deliberate and malevolent conduct, the plaintiff suffered significant humiliation, damage to reputation, incurred attorney's fees, associated legal expenses, and other consequential damages, while enduring considerable emotional distress and pain. The extent of these damages will be determined at trial, yet not less than [insert desired amount]. (), plus punitive damages, costs, and attorney's fees pursuant to Title 42 § 1988.

### COUNT II

### 42 U.S.C. § 1983// 42 U.S.C. § 1985 - Violations of Fourth and Fourteenth Amendment Rights (against Defendants CITY OF NEW YORK,New York City, Democratic Party, ,Columbia University, Barack Obama, Karen Eubanks, Morningside Heights Housing Corporations, New York City Police, NEW YORK CITY FIRE DEPARTMENT, FIRSTSERVICE RESIDENTIAL, Mount Sinai St Lukes, Mount Sinai Health systems, Karen Eubanks, Gilmore, Montovo, CIVIL COMPLAINT REVIEW BOARD Murgo NEW YORK CITY FIRE DEPARTMENT ,311 ALL PARTIES IN LAWSUIT)  1#200

I hereby reiterate, reaffirm, and acknowledge each and every assertion contained in the preceding paragraphs of the Complaint, affording them equal force and efficacy as if fully expounded upon herein.

The unconstitutional behavior of the individual Defendants was directly and proximately influenced by de facto policies, practices, and/or customs devised, implemented, enforced, encouraged, and condoned by the Defendants CITY, NYPD, FDNY, MSHS, and Mount Sinai St Luke's (hereinafter collectively referred to as the "Municipal Defendants"). These entities, in practice, disregarded written policies in favor of de facto directives.

The Municipal Defendants cultivated and perpetuated customs, policies, and practices that demonstrated willful indifference to the constitutional rights of their constituents, resulting in

of Black Freemen (Native Black Americans and/or African Americans).

Moreover, the Municipal Defendants neglected to adequately train their employees in their interactions with Black Freemen (Native Black Americans and/or African Americans). It is also customary, policy, and/or practice of the Municipal Defendants to conduct insufficient screening during employee hiring, leading to biases, insensitivity, and violence against Black Freemen (Native Black Americans and/or African Americans).

The Municipal Defendants perpetuated a culture of indifference towards Black Freemen (Native Black Americans and/or African Americans), establishing a de facto policy of excessive force that, in numerous instances, resulted in severe physical injuries and fatalities. All events are duly noted at lines.

The de facto policy and culture of indifference have persisted for years. As a direct and proximate consequence of the aforementioned actions, omissions, systemic deficiencies, and deliberate indifference of the Municipal Defendants, my constitutional rights were infringed upon, resulting in substantial damages to be quantified at trial.

Furthermore, as a proximate outcome of the Defendants' intentional and malicious conduct, Plaintiff suffered significant humiliation, reputational harm, incurred legal fees, associated legal expenses, and other special damages, along with great pain and mental anguish. These damages shall not be less than [insert amount], in addition to punitive damages, costs, and attorney's fees pursuant to Title 42 § 1988.

.

## COUNT IV

### 42 U.S.C. §1983// 42 U.S.C. § 1985  - Failure to Intervene
(against Defendants,, NEW YORK CITY,New York City, Democratic Party,  ,Columbia University, Barack Obama, Karen Eubanks, Morningside Heights Housing Corporations, New York City Police,
NEW  YORK CITY FIRE DEPARTMENT, FIRSTSERVICE RESIDENTIAL, Mount Sinai St Lukes, Mount Sinai Health systems, Karen Eubanks, Gilmore, Montovo,  CIVIL COMPLAINT REVIEW BOARD Murgo NEW YORK CITY FIRE DEPARTMENT ,311
Republican Party , Trump  ALL PARTIES IN ALL LAWSUITE )   1#200


I reiterate, reaffirm, and restate each and every allegation delineated in the preceding paragraphs of the Complaint, endowing them with equal vigor and legal significance as if fully expounded upon herein.

Individual Defendants bore an affirmative duty to intercede on behalf of me to forestall the infringement of my constitutional rights, notwithstanding their practical opportunity to do so.

However, the individual Defendants neglected to intervene on behalf of me to avert the violation of my constitutional rights, despite substantially contributing to the circumstances that led to the

This failure to intercede resulted in the violation of my constitutional rights. All pertinent details are duly noted at lines.

As a direct consequence of the intentional and malicious actions of the individual Defendants, I suffered significant humiliation, damage to reputation, incurred attorney's fees, associated legal expenses, and other consequential damages, while enduring profound pain and mental anguish. These damages shall not be less than [insert amount], in addition to punitive damages, costs, and attorney's fees pursuant to Title 42 § 1988.


### COUNT V

### Municipal Liability 42 U.S.C. § 1983// 42 U.S.C. § 1985
**(**against Defendants CITY OF NEW YORK, New York City, Democratic Party,
,Columbia University, Barack Obama, Karen Eubanks, Morningside Heights
Housing Corporations, New York City Police,
NEW YORK CITY FIRE DEPARTMENT, FIRSTSERVICE RESIDENTIAL, Mount Sinai St
Lukes, Mount Sinai Health systems, Karen Eubanks, Gilmore, Montovo,  CIVIL COMPLAINT
REVIEW BOARD Murgo NEW YORK CITY FIRE DEPARTMENT ,311
Republican Party , Trump**ALL PARTIES IN LAWSUIT)**  1#200

I hereby reiterates, reaffirms, and realleges each and every assertion delineated in the preceding paragraphs of the Complaint, investing them with the same potency and legal significance as if fully expounded upon herein.

It is asserted that the Municipal Defendants qualify as "persons" within the purview of 42 U.S.C. § 1985/42 U.S.C. § 1983. Furthermore, it is contended that throughout the relevant period, the Municipal Defendants, acting through their respective agencies, maintained de facto policies, practices, customs, and usages that directly and proximately contributed to the unconstitutional conduct of Defendant DOES.

It is widely acknowledged that police officers of Defendant CITY routinely engage in arrests, fail

to appropriately deescalate encounters or employ excessive force or deviate from departmental policies or accepted standards when dealing with Black Freemen (Native Black Americans and/or African Americans). Moreover, it is common knowledge that these officers engage in discriminatory law enforcement practices, utilize excessive force, and exhibit reckless behavior in their interactions with Black Freemen (Native Black Americans and/or African Americans), disregarding their well-being and safety and resulting in severe injuries.

Defendant CITY has failed to either discipline or adequately train its officers in their interactions with Black Freemen (Native Black Americans and/or African Americans). Moreover, Defendant CITY has neglected to address the ongoing need to prevent, restrain, and discipline police officers who violate the constitutional rights of citizens, use excessive force against Black Freemen (Native Black Americans and/or African Americans), and fails to credibly investigate civilian complaints against police officers.

The aforementioned acts, omissions, systemic deficiencies, policies, and customs of Defendants CITY and NYPD have fostered an environment wherein officers believe that brutality and other improper actions will not be thoroughly investigated, leading to the foreseeable result that officers are more likely to use excessive force unnecessarily.

Defendants CITY and NYPD were reckless, negligent, and deliberately indifferent in their training, hiring, administration, and supervision of police officers, including individual Defendants, concerning the use of force against Black Freemen (Native Black Americans and/or African Americans), their arrest, and the recognition and protection of their civil and constitutional rights.

As a direct and proximate outcome of the intentional and malicious actions of the Defendants, Plaintiff has endured significant humiliation, reputational harm, incurred legal fees, associated

legal expenses, and other special damages, as stated in Line 66 through. These damages shall not be less than [insert amount], in addition to punitive damages, costs, and attorney's fees pursuant to Title 42 § 1988.

## COUNT VI

### Violations of New York State Constitution

(against Defendant  New York City, Democratic Party,  ,Columbia University, Barack Obama, Karen Eubanks, Morningside Heights Housing Corporations, New York City Police, NEW  YORK CITY FIRE DEPARTMENT, FIRSTSERVICE RESIDENTIAL, Mount Sinai St Lukes, Mount Sinai Health systems, Karen Eubanks, Gilmore, Montovo,  CIVIL COMPLAINT REVIEW BOARD Murgo NEW YORK CITY FIRE DEPARTMENT ,311 Republican Party , Trump   **ALL THE PARTIES INCLUDED IN THE LAWSUIT)**  1#200

. The plaintiff hereby reiterates, reaffirms, and realleges each and every assertion contained in the aforementioned paragraphs of the Complaint, endowing them with the same vigor and legal import as if fully expounded upon herein.

Individual Defendants perpetrated the aforementioned acts and omissions against Plaintiff without affording due process of law, thereby depriving Plaintiff of rights, privileges, and immunities safeguarded by Article 1, Sections 6 and 12 of the New York State Constitution. These include, but are not limited to, the right to due process and the right to be free from unreasonable searches and seizures. All pertinent details are documented at line(  ).

As a direct consequence of Defendants' intentional and malicious conduct, Plaintiff has suffered profound humiliation, reputational harm, incurred legal fees, associated legal expenses, and other consequential damages, and has endured significant mental anguish. These damages shall not be less than [insert amount], in addition to punitive damages and attorney's fees, as determined at trial.

## COUNT VII

### False Claims Act (FCA
### (Mount Sinai Health Systems, Mount Sinai  St Lukes)   1#200

Plaintiff repeats, reiterates, and realleges each and every allegation contained in  those paragraphs of the Complaint marked and numbered previously and/or herein with the same  force and effect as if more fully set forth at length below.

Mount Sinai St. Luke's engaged in the exploitation of my medical insurance, a practice that contravenes the False Claims Act. This exploitation is particularly evident in unwarranted admissions for psychiatric evaluation. Notably, New York City Police Officer Reese committed perjury during these proceedings, even after I presented evidence on my iPhone that exposed the falsehoods propagated by Karen Eubanks. Officer Reese, acknowledging the error- made up a lie, persisted in my admission, compounding the violation of ethical and legal standards.I have mentions everything at line 1#146 about everything has transpired.

As a proximate result of Defendants' intentional and malicious actions, Plaintiff  was greatly humiliated, injured in his reputation, caused to incur attorneys' fees, associated legal expenses and other special damages, and has suffered great mental anguish, all to Plaintiff's damage in an amount to be provided at trial but no less than , plus punitive damages and attorney's fees.

## COUNT VIII

### Intentional Infliction of Emotional Distress

**(against Defendants** New York City, Democratic Party, ,Columbia University, Barack Obama, Karen Eubanks, Morningside Heights Housing Corporations, New York City Police, NEW YORK CITY FIRE DEPARTMENT, FIRSTSERVICE RESIDENTIAL, Mount Sinai St Lukes, Mount Sinai Health systems, Karen Eubanks, Gilmore, Montovo, CIVIL COMPLAINT REVIEW BOARD Murgo NEW YORK CITY FIRE DEPARTMENT ,311 Republican Party , Trump **ALL THE PARTIES INCLUDE IN THE LAWSUITE)** 1#200

I repeat, reiterate, and realize each and every allegation contained in those paragraphs of the Complaint marked and numbered previously and/or herein with the same force and effect as if more fully set forth at length below.

166. Individual Defendants, through the foregoing acts, did commit extreme and outrageous conduct and thereby intentionally and/or recklessly caused Plaintiff to experience severe mental and emotional distress, pain, suffering, and damage to name and reputation.

. All of these acts were performed without any negligence on the part of me and were the proximate cause of injuries to Plaintiff.

. Defendants committed the foregoing acts intentionally, willfully, and with malicious disregard for Plaintiffs' rights and are therefore liable for punitive damages.

. As a proximate result of Defendants' intentional and malicious actions, Plaintiff was greatly humiliated, injured in his reputation, caused to incur attorneys' fees, associated legal expenses and other special damages, and has suffered great mental anguish, all to Plaintiff's damage in an amount to be provided at trial but no less than ( ), plus punitive damages and attorney's fees.

## COUNT IX

### *Respondeat Superior*

**(against Defendants CITY OF NEW YORK,**New York City, Democratic Party, ,Columbia University, Barack Obama, Karen Eubanks, Morningside Heights Housing Corporations, New York City Police,
NEW YORK CITY FIRE DEPARTMENT, FIRSTSERVICE RESIDENTIAL, Mount Sinai St Lukes, Mount Sinai Health systems, Karen Eubanks, Gilmore, Montovo, CIVIL COMPLAINT REVIEW BOARD Murgo NEW YORK CITY FIRE DEPARTMENT ,311,Republican Party , Trump **AND OTHER PARTIES)** 1#200

I hereby reiterate, reaffirm, and acknowledge each and every allegation articulated in the

preceding paragraphs of the Complaint, endowing them with the same force and significance as if

fully delineated herein.

Throughout the relevant duration, individual Defendants served as employees of Municipal

Defendants and conducted themselves within the parameters of their employment.

Consequently, Municipal Defendants bear vicarious liability under the doctrine of respondeat

superior for the actions undertaken by individual Defendants as delineated herein.

As a direct consequence of Defendants' intentional and malicious conduct, Plaintiff has endured

profound humiliation, reputational injury, incurred legal fees, associated legal expenses, and other

consequential damages, and has suffered considerable mental anguish. These damages shall not

be less than [insert amount], in addition to punitive damages and attorney's fees, as ascertained at

trial.

## COUNT X

### Negligent Hiring

**(against Defendants** New York City, Democratic Party, ,Columbia University,
Barack Obama, Karen Eubanks, Morningside Heights Housing Corporations, New
York City Police,

I hereby reiterate, reaffirm, and acknowledge each and every allegation delineated in the
preceding paragraphs of the Complaint, with the same gravity and legal significance, as if
exhaustively expounded upon herein.

It is alleged, upon credible information and belief, that Municipal Defendants maintained a
customary, policy-oriented approach, and practice in their employment procedures. This included
the recruitment of certain personnel, including individual Defendants, without conducting
thorough background checks, investigations, and psychological evaluations.

Additionally, it is alleged, upon credible information and belief, that Municipal Defendants
habitually undertook inadequate investigations of potential candidates, as evidenced by their
handling of individual Defendants.

Furthermore, it is alleged, upon credible information and belief, that Municipal Defendants
demonstrated a consistent pattern of inadequately supervising the actions and behaviors of their
employees, including the individual Defendant.

Moreover, it is alleged, upon credible information and belief, that Municipal Defendants persisted
in employing individuals, including the individual Defendants, despite awareness of their
recurrent violations of constitutional rights, such as those of mine.

These established customs, policies, and practices served as the impetus, direct cause, or
affirmative link behind the actions resulting in mine injuries.

Consequently, Municipal Defendants bear liability for the infringements upon mine constitutional

inflicted damages upon Plaintiff. All pertinent details are documented at line 1#146.

As a direct consequence of Municipal Defendants' customary, policy-driven practices regarding negligent hiring, inadequate supervision, and improper retention of personnel, Plaintiff has suffered profound humiliation, reputational harm, incurred legal fees, associated legal expenses, and other consequential damages, and has endured significant mental anguish. These damages shall not be less than [insert amount], in addition to punitive damages and attorney's fees, as ascertained at trial.

### Health Insurance Portability and Accountability Act (HIPAA)

### (MOUNT SINAI St LUKES, MOUNT SINAI HEALTH SYSTEM) 1#200

The physician perused my medical records and referenced several prior occurrences while subjecting me to exploitation and coercive confinement within the admissions room. All pertinent details are documented at line 1#146.

Plaintiff seeks damages, the amount of which shall be determined at trial, but not less than [insert amount], in addition to punitive damages, costs, and attorney's fees as prescribed under Title 42 § 1988.

Conspiracy to Deprive Rights 42 U.S.C. 1985

**(against Defendant s  NYPD, CITY OF NEW YORK,New York City,
Democratic Party,  ,Columbia University, Barack Obama, Karen Eubanks,
Morningside Heights Housing Corporations, New York City Police,
NEW  YORK CITY FIRE DEPARTMENT, FIRSTSERVICE RESIDENTIAL, Mount Sinai
St Lukes, Mount Sinai Health systems, Karen Eubanks, Gilmore, Montovo,  CIVIL
COMPLAINT REVIEW BOARD Murgo NEW YORK CITY FIRE DEPARTMENT ,311**
Republican Party , Trump **All PARTIES)**  1#200

Over the course of the past six to seven years, I've found myself in a disconcerting position,

metaphorically characterized as a "Semi Slave," subject to emulation by resources affiliated with

the state of New York. This unsettling circumstance prompts contemplation, particularly given the

city's status as the headquarters of the Democratic Party. The historical backdrop is noteworthy, as

the Democratic Party, historically influential in New York and nationwide, had an adverse stance

toward the emancipation of Black Freemen and Freewomen from Antebellum slavery in

1865—the very ancestors from whom I trace my lineage.

The deleterious impact on my life can be linked to policies and laws enacted during the

administrations of Barack Obama, who, notably, belonged to the Democratic Party. The

convergence of these circumstances raises questions about the implications of party politics on the

individual, particularly in the context of historical positions and their resonance in contemporary

policy outcomes.

The 21st Century Cures Act (2016): While not exclusively focused on law enforcement, this

legislation included provisions to enhance mental health services and resources for law

enforcement officers.

Task Force on 21st Century Policing (2014): President Obama established the Task Force on 21st

Century Policing to identify best practices and make recommendations to improve community

policing. The resulting report included recommendations on building trust and legitimacy, policy

and oversight, technology and social media, community policing, and officer training and

**Violence Against Women Act (VAWA) Reauthorization**: President Obama signed the reauthorization of the Violence Against Women Act in 2013, which strengthened protections and support services for victims of domestic violence, sexual assault, dating violence, and stalking. The reauthorization included provisions to enhance protections for immigrant women, LGBTQ individuals, and Native American women.

**Global Women's Empowerment Initiatives**: The Obama administration launched various global initiatives to promote women's empowerment and gender equality, such as the Let Girls Learn initiative, which aimed to expand access to education for adolescent girls around the world, and the U.S. National Action Plan on Women, Peace, and Security, which focused on promoting women's participation in conflict prevention, peacebuilding, and post-conflict reconstruction efforts. These policies enforced driver system in today's economy

In my firsthand observations, it becomes apparent that law enforcement, rather than strictly adhering to legal statutes, often prioritizes the enforcement of societal norms or the prevailing social order—commonly referred to as the social construct or social status quo. This subjective interpretation is grounded in my personal experiences and perceptions.

A notable shift in the landscape occurred during the tenure of President Barack Obama. It is discernible that the Driver system and prison leasing underwent a comprehensive overhaul during his administration, concurrently reinstating them through the implementation of new law enforcement policies and laws, as well as healthcare policies and laws. These changes, emanating from the highest echelons of executive authority, have contributed to reshaping the dynamics of law enforcement practices and penal institutions.

It is noteworthy that Barack Obama, a Columbia University alum, played a central role in shaping these policies. Columbia University, located in New York, is intricately connected to various

Corporation, Mount Sinai St Lukes, and Harlem Hospital. This interconnection raises questions about the potential influence of institutional affiliations on policy decisions and their implications for law enforcement practices and healthcare policies.

The legislative landscape that has adversely impacted certain aspects involves key enactments, notably the 21st Century Cures Act of 2016, the Task Force on 21st Century Policing established in 2014, and the Affordable Care Act (ACA). While each of these policies bears distinct implications, the ACA, in particular, has introduced unfavorable consequences. By extending healthcare coverage, it inadvertently exposed individuals in low-income households to potential exploitation within the insurance framework.

Nevertheless, my firm belief is that, in the case involving Sergeant Pierre, this system was exploited for entrapment purposes. While the precise details may have transpired on a different occasion, this occurrence aligns with patterns I have previously outlined in other cases and one I am currently working on.

For the past 160 years, a form of semi-slavery persists, surpassing the commonly perceived century mark. The enduring driver system remains entrenched, and I seek to highlight parallels between President Barack Obama's methods and those of President Andrew Johnson during the era of Reconstruction. For the Ku Klux Klan and states implementing black codes/Jim Crow policies mirrors historical patterns. During a speech in Flint, Michigan, he seemingly ridiculed Black Freemen/African Americans, Including aligning himself with the Blue Lives Matter movement as law enforcement perpetrated violence against the Black community.

In particular, I draw attention to a case in Philadelphia involving a young African American male whose parents refrained from seeking charges against the police despite their child's murder. This case mirrors mine, where I contend with recurring violations of my 4th and 14th amendments by

hinders our pursuit of justice. Dr. King and Malcolm X fought for corrective action (reparations)

before falling victim to 42 U.S.C. 1983 and 42 U.S.C 1985 the FBI's role in Dr. King's tragic

demise, a well-established fact.

Recent legal proceedings involving Benjamin Crump and Malcolm X's daughters offer hope for

justice. Barack Obama's administration failed to enact laws or policies, or reallocate resources for

Black Freemen/African Americans, upholding the benign neglect policies established post the

Civil Rights Movement. This stagnation persists because Black Freemen are, effectively, still

enslaved, a truth our government hesitates to publicly acknowledge.

This  Shouldn't be surprising becauseColumbia University was founded by a slave owner. He

created  an institution and passed his Ideology through his institution that educated his students

and socially engineered them to be prejudiced and racist towards Black Freeman/ African

Americans because he viewed them as 3/5s of a human. The Founders Ideology still lives on in

there.

It is not astonishing to acknowledge that Columbia University's origins are rooted in the

establishment by a slave owner. This founder, by means of creating an educational institution,

successfully disseminated his ideological perspectives to students, imprinting upon them a

prejudiced and racist disposition towards Black Freemen/African Americans, considering them as

fractional in their humanity. The enduring impact of the founder's ideology persists within the

institutional ethos to this day.

Furthermore, there is another gentleman, potentially affiliated with the Nation of Islam, whom I

shall temporarily designate as a John Doe not Elijah Muhammads son  but  he could be involved

depending on  matter  until further identification. Over the past six to seven years, Elijah

pattern akin to what was elucidated in the documentary "Rise of the Nazi." Notably, his wife, initially uninvolved in 2015, later extended an offer of assistance. However, my trust in individuals within the residential complex has been eroded due to previous betrayals. Not him and his wife, but they can be used as eyewitnesses. It is a social media influencer, not him and his wife - Unless they were ill-intent .

On the 18th floor of Morningside, when Bob was informed about this situation, he responded with amusement, As a joke that my conditional rights would be enforced once there is a change in management. Conversely, Jill on another day, on the other hand, exhibited indifference when she passed by on October 1, 2021, taking no action in the matter. They can be defendants possibly based on what they say.

The Republican Party shares culpability, as evidenced by the policies enacted during the Trump administration, notably exemplified by The Crisis Intervention Team (CIT) Program and the Mental Health and Policing Executive Order (2019).

President Trump mirrored the actions of President Andrew Johnson through policy implementations reminiscent of those pursued by President Barack Obama. Under the Republican administration led by Trump, I found myself subjected to false admissions on two occasions. Strikingly similar patterns emerged, demonstrating a recurrence of these troubling incidents, albeit more contemporaneously during Trump's presidency.

42 U.S.C. § 1985, often referred to as "Section 1985," is a federal statute that addresses conspiracies to interfere with civil rights. This statute provides individuals with a legal recourse

when the deprivation is carried out by conspiracies or agreements that occur between two or more persons acting together. Here's an overview of the key aspects of Section 1985:

**Conspiracy to Deprive Rights:** Section 1985 specifically addresses conspiracies that are designed to obstruct or hinder the enjoyment of certain rights, privileges, or immunities secured by the U.S. Constitution. This includes rights guaranteed under the First, Second, Third, and Fourth Amendments, among others.

**Elements of a Claim:** To succeed in a Section 1985 claim, a plaintiff must generally establish the following elements:

A conspiracy or agreement among two or more individuals.

The purpose of the conspiracy is to deprive the plaintiff of a federal right or privilege.

An overt act in furtherance of the conspiracy.

The plaintiff was injured as a result of the conspiracy.

**Classes of Protected Rights:** Section 1985 contains several subsections, each addressing a different type of protected right. Subsections include:

Subsection (2): Obstructing justice in federal courts.

Subsection (3): Depriving any person of equal protection of the laws.

Subsection (4): Preventing an individual from accepting or holding public office.

**State Action:** Like Section 1983, Section 1985 requires the involvement of state action or action under color of state law for a claim to be valid. The conspirators must be acting with the authority

**Private Parties:** Unlike Section 1983, Section 1985 claims can involve private individuals as well as government officials. However, there must still be a state action component.

**Remedies:** If successful, plaintiffs in Section 1985 cases can seek remedies such as injunctive relief, compensatory and punitive damages, and attorney's fees.

**Defenses:** Defendants in Section 1985 cases might assert various defenses, including immunity and the lack of the required elements of a conspiracy.

Section 1985 was enacted to address situations in which individuals or groups conspire to undermine or deny civil rights protected by the Constitution. If you believe you have been harmed by a conspiracy aimed at depriving you of your rights, it's important to consult with an attorney who specializes in civil rights law and federal litigation. An attorney can evaluate your situation, help you understand the viability of a Section 1985 claim, and guide you through the legal process. I have mentions everything at line 1#146 about everything has transpired.

Plaintiff's damage in a sum to be provided at trial but not less than  (), plus punitive damages, costs, and attorney's fees pursuant to Title 42 § 1988

## EXTRA COUNTS

### The Civil Rights Act of 1871

**(against Defendant s NYPD, , New York City, Democratic Party,  ,Columbia University, Barack Obama, Karen Eubanks, Morningside Heights Housing Corporations, New York City Police,
NEW  YORK CITY FIRE DEPARTMENT, FIRSTSERVICE RESIDENTIAL, Mount Sinai St Lukes, Mount Sinai Health systems, Karen Eubanks, Gilmore, Montovo,  CIVIL COMPLAINT REVIEW BOARD Murgo NEW YORK CITY FIRE DEPARTMENT ,311 Republican Party , Trump All PARTIES), 1#200**

Section 99: Columbia University's Engagement in Shared Monopoly and Collaborations

Columbia University appears to have participated in what could aptly be termed a shared monopoly or strategic alliances with various entities, including Harlem Hospital, MorningSide Heights Housing Corporations, and Mount Sinai St. Lukes. This cooperative network endures, as evidenced by media coverage featuring Ms. Kam Brock on PIX 11 in 2014. Notably, Columbia University holds a significant stake in the real estate of Harlem and Upper Manhattan.

Section 100: Personal and Familial Perspectives on Columbia University's Influence

My mother, a Columbia University alumna, and my grandfather, Joseph Eubanks, a World War II veteran who intentionally distanced himself from what he perceived as a socially and economically oppressive milieu rooted in systematic white supremacy (white-collar crime), would likely express disdain with the current situation if he were alive today.

Section 111: Observations on Demographic Shifts and Social Dynamics

Having formerly worked as a temporary employee at Columbia University, I observed a conspicuous scarcity of heterosexual Black Freemen/African American males on campus, reflective of a broader trend in the community over the past 13 years. This decline, seemingly deliberate, aligns with the university's substantial real estate holdings, indicating calculated actions contributing to a larger societal issue.

Section 112: Troubling Trends and Allegations of Professional Child Abuse

The intentional reduction in the demographic representation of Heterosexual Black Freemen/African American males, coupled with allegations of organized professional child abuse

large-scale plantation, perpetuated by Columbia University and families aligned with maintaining the social status quo rather than advancing equal justice.

Sections 113-116: Columbia University's Role in Shaping Societal Norms

Columbia University seems actively involved in shaping and molding an entire social ecosystem, employing social engineering to foster a matriarchal culture akin to the Easter part of Rome. The institution seemingly conditions its alumni to primarily identify with manufactured cultural groups, aligning with a pro-social status quo orientation. This alignment may lead individuals to become complicit in discriminatory practices and collude with white-collar crime, historically associated with white supremacy ideals.

Sections 117-119: Illustrative Example and Broader Implications

An illustrative example emerges through Karen Eubanks, a Columbia University alumna embracing feminist ideologies. Allegedly playing a role in perpetuating a dynamic that ensnares the narrator into a semi-slave status, Karen's actions raise inquiries about the influence of institutional affiliations and business partnerships on individuals' lives.

Sections 120-127: Legislative Impacts and Observations on Law Enforcement Practices

The discourse delves into legislative impacts, notably the 21st Century Cures Act of 2016, the Task Force on 21st Century Policing established in 2014, and the Affordable Care Act (ACA). The ACA's unintended consequences are scrutinized, exposing individuals in low-income households to potential exploitation within the insurance framework. Additionally, observations on law enforcement practices underscore the subjective nature of their enforcement, as well as the potential exploitation of systems like Global Women's Empowerment Initiatives for entrapment

The Civil Rights Act of 1871, colloquially known as the Ku Klux Klan Act, is a federal statute crafted to safeguard the civil liberties of individuals against encroachments by state and local authorities, including law enforcement agencies like the New York City Police Department (NYPD). Initially enacted to counteract the rampant violence and intimidation perpetrated by the Ku Klux Klan during the tumultuous Reconstruction Era, this legislation has since found application in addressing instances of civil rights transgressions involving the NYPD in diverse contexts. Herein lie illustrative instances of how the Civil Rights Act of 1871 has been invoked in matters implicating the NYPD:

Police Brutality and Excessive Use of Force: This statute has been wielded in cases where NYPD officers stand accused of deploying excessive force or engaging in acts of police brutality against individuals, with a notable emphasis on those hailing from marginalized communities. Plaintiffs have initiated legal actions pursuant to Section 1 of the Act (42 U.S.C. § 1983), contending that their constitutionally protected rights, specifically the prohibition against unreasonable seizures or unwarranted use of force, were transgressed.

Racial Profiling and Discriminatory Policing: Instances wherein the NYPD has been alleged to engage in racial profiling or discriminatory policing practices have prompted the invocation of the Civil Rights Act of 1871. Litigants have instituted legal proceedings under Section 1 (42 U.S.C. § 1983) and Section 2 (42 U.S.C. § 1985), asserting a conspiracy within the NYPD to deprive individuals of their civil rights predicated upon their racial or ethnic backgrounds.

Violations of First Amendment Rights: The Act has been invoked in cases where individuals have asserted that the NYPD infringed upon their First Amendment rights, encompassing the freedoms of speech and peaceful assembly. Lawsuits have been initiated under Section 1 (42 U.S.C. § 1983)

Failure to Prevent Civil Rights Violations: Section 3 of the Civil Rights Act of 1871 (42 U.S.C. § 1986) has been referenced in instances where the NYPD faced allegations of neglecting its duty to forestall civil rights infractions committed by its officers. Plaintiffs have argued that the NYPD possessed knowledge pertaining to a conspiracy or recurrent pattern of civil rights abuses and failed to take requisite measures to forestall or terminate such transgressions.

Unlawful Arrests and False Imprisonment: The Act has been deployed in scenarios where individuals have alleged unlawful arrests or false imprisonment at the hands of NYPD personnel. Legal actions have been initiated under Section 1 (42 U.S.C. § 1983), with claimants contending that their Fourth Amendment rights safeguarding against unreasonable searches and seizures were violated.

It is imperative to acknowledge that the application of the Civil Rights Act of 1871 in cases involving the NYPD or any law enforcement entity necessitates a meticulous scrutiny of the specific circumstances and evidentiary facets inherent to each case. Each legal claim is intrinsically distinct, and the prospects of success therein hinge upon the merits of the allegations and the evidential substratum available.

The Civil Rights Act of 1871 endures as an indispensable instrument for the preservation of individual civil rights and the imposition of accountability upon government functionaries, including law enforcement, in instances where such rights are purportedly infringed upon. It remains a substantial legal foundation for the pursuit of justice and redress in matters entailing alleged violations of civil rights by the NYPD and analogous law enforcement agencies.

The Civil Rights Act of 1871, also known as the Ku Klux Klan Act, is a federal law in the United States aimed at combating civil rights violations, particularly those committed by the Ku Klux

Klan and other vigilante groups during the Reconstruction following the Civil War.

The Act has several key provisions:

Section 1983:

The most well-known provision is found in Section 1983 of the Act. This section allows individuals to sue state officials, including law enforcement officers, who violate their constitutional rights while acting under "color of law" (exercising their official authority). It provides a remedy for violations of rights protected by the Constitution and federal laws.

Section 1985:

Section 1985 addresses

Plaintiff's damage in a sum to be provided at trial but not less than  (          ), plus punitive damages, costs, and attorney's fees pursuant to Title 42 § 1988

## EXTRA COUNTS

### The Civil Rights Act of 1964

**(against Defendant s NYPD, CITY OF NEW YORK, New York City, Democratic Party,  ,Columbia University, Barack Obama, Karen Eubanks, Morningside Heights Housing Corporations, New York City Police,
NEW  YORK CITY FIRE DEPARTMENT, FIRSTSERVICE RESIDENTIAL, Mount Sinai St Lukes, Mount Sinai Health systems, Karen Eubanks, Gilmore, Montovo,  CIVIL COMPLAINT REVIEW BOARD Murgo NEW YORK CITY FIRE DEPARTMENT ,311 Republican Party , Trump OTHER PARTIES),** 1#200

In my endeavor to lodge a complaint against Morningside Heights Housing Corporation's Peace Officer Gilmore, I encountered overt resistance and hostility from him. Regrettably, Montovo, who was initially involved, failed to pursue any action regarding the complaint. Furthermore, it has been brought to my attention that Mount Sinai St. Luke's, in collaboration with the NYPD, engaged in racial profiling against me, constituting a blatant manifestation of systemic racism.

This form of discrimination is in alignment with the infractions delineated in 42 U.S.C, 1985, where public resources are leveraged to discriminate based on race. The deployment of ambiguous policies and statutes for racial profiling, particularly targeting Black Freemen/African Americans, underscores a collective-oriented approach. Importantly, this discriminatory behavior appears to be condoned by influential entities, including the President, the Democratic Party, and Columbia University, which functions as a shared monopoly with the aforementioned defendants

The Civil Rights Act of 1964 stands as a federal statute crafted to bar discrimination based on various factors such as race, color, religion, sex, or national origin across diverse facets of American society, encompassing employment, public accommodations, and federal programs. Though primarily addressing discrimination at large, it can also be invoked concerning law enforcement agencies like the NYPD should they engage in discriminatory practices or infringe upon individuals' civil rights.

For example, Title VII of the Civil Rights Act of 1964 prohibits employment discrimination rooted in the aforementioned characteristics. This implies that the NYPD, as an employer, is prohibited from discriminating against individuals in hiring, promotions, or any other employment-related decisions based on these protected characteristics.

Title VI of the Act further prohibits discrimination in any program or activity receiving federal financial assistance based on race, color, or national origin. Given that the NYPD receives federal funding, it falls under the purview of Title VI. If the NYPD is accused of engaging in discriminatory policing practices, such as racial profiling, it may face legal challenges under Title VI.

Addressing such violations typically entails legal recourse in federal court, where evidence is marshaled to demonstrate that the NYPD engaged in discriminatory practices or violated individuals' civil rights based on the protected characteristics covered by the Act.

Federal Funding and Programs: The act prohibits discrimination in any program or activity receiving federal financial assistance, thereby extending its reach to various federally funded entities, including state and local governments.

Protections Against Retaliation: The document provides advice on how to exercise their rights under the law from retaliation or adverse actions by employers, institutions, or others.

The Civil Rights Act of 1964 marked a significant stride in the ongoing quest for civil rights and equality in the United States. It played a pivotal role in dismantling the legal framework of racial segregation and discrimination deeply entrenched in American society for many years. While addressing several forms of discrimination, it also laid the groundwork for subsequent civil rights legislation that further expanded protections and aimed to ensure equal rights and opportunities for all Americans.

The Civil Rights Act of 1964, particularly Title VII, addresses retaliation against individuals who assert their rights under the Act. If someone retaliates against you for filing a complaint or participating in an investigation under the Civil Rights Act, you may have legal recourse. Here are key points related to retaliation:

Title VII - Retaliation Protections:

Protected Activity: Title VII shields individuals who engage in protected activity, encompassing opposing discriminatory practices, lodging a charge, filing a complaint, or participating in an investigation, proceeding, or hearing under the Act.

Retaliation Prohibited: Employers are barred from retaliating against employees for engaging in protected activity. Retaliation may encompass adverse actions such as termination, demotion, harassment, or other discriminatory treatment.

Legal Recourse: If you believe you have experienced retaliation, you can file a retaliation complaint with the Equal Employment Opportunity Commission (EEOC), the federal agency tasked with enforcing Title VII.

matter through mediation or, if necessary, through legal action.

Private Lawsuit: If the EEOC issues a Right to Sue letter or if they are unable to resolve the matter, you have the right to file a private lawsuit in federal court.

Remedies for Retaliation: If the court rules in your favor, remedies for retaliation may include:

Reinstatement: You may be reinstated to your previous position.

Compensatory Damages: You may be granted compensation for emotional distress or other damages suffered.

Punitive Damages: In cases of intentional discrimination, punitive damages may be awarded to deter future misconduct.

Attorney's Fees: The court may order the employer to cover your attorney's fees and legal costs

- 

Plaintiff's damage in a sum to be provided at trial but not less than ( ), plus punitive damages, costs, and attorney's fees pursuant to Title 42 § 1988

**EXTRA COUNTS**

**the Civil Rights Act of 1968 ,**

**(against Defendant s NYPD, CITY OF NEW YORK,** MOUNT SINAI HEALTH SYSTEM**, MOUNT SINAI ST LUKES AND MORNINGSIDE  HEIGHTS HOUSING CORPORATION OTHER PARTIES),** 1#200

The collusion between Morningside Heights Housing Corporation's Peace Officer Gilmore and Karen Eubanks unfolded prior to February 11, 2020, orchestrated through text messages with the nefarious aim of orchestrating my unjust incarceration. The violation of my constitutional rights transpired as Officer Montovo, in flagrant disregard of my Fifth Amendment rights, interrogated me under the guise of seeking assistance in unlocking my door following admission. Sadly, Montovo reneged on his commitment, prompting me to initiate contact and subsequently file a formal complaint against Officer Gilmore.

Should a housing complex endeavor to obstruct the pursuit of a complaint by falsely enlisting law enforcement, such machinations could potentially be construed as an endeavor to impede the rights safeguarded under the provisions of the Fair Housing Act of 1968. This legislative safeguard is engineered to forestall discriminatory practices in housing, encompassing prohibitions against retaliatory measures targeting individuals who exercise their rights in accordance with the act, such as filing grievances or asserting their entitlements. This legal framework inherently furnishes protections against reprisals aimed at those who expose violations of the act.

manifest in various guises, including actions crafted to intimidate, harass, or dissuade individuals from conscientiously exercising their rights. The act of fabricating a police report with the intent to obstruct your pursuit of a complaint could be construed as a stratagem aimed at impeding your rights, potentially constituting a breach of the Fair Housing Act.

The New York Police Department (NYPD) engaged in a practice of racial profiling against me, culminating in my unjustified apprehension and confinement through the misapplication of the Driver system. This tactic was employed by levying false accusations against my mother, thereby flagrantly misusing information.

Examples of such misconduct include:

Harassment: A landlord perpetrates a pattern of harassment or intimidation against a tenant owing to their protected characteristics, such as race, religion, or national origin.

Retaliation: A tenant lodges a fair housing complaint against their landlord for discriminatory practices, prompting the landlord to retaliate by attempting eviction or taking adverse actions against the tenant in retribution for filing the complaint.

Advertising Discrimination: An online listing platform permits property owners to stipulate that they only wish to rent to individuals of a particular race or religion, a clear contravention of fair housing laws.

Plaintiff's damage in a sum to be provided at trial but not less than  (), plus punitive damages, costs, and attorney's fees pursuant to Title 42 § 1988

## COUNT III

### The Civil Rights Act of 1866

**(against Defendant s NYPD, CITY OF NEW YORK, MOUNT SINAI HEALTH SYSTEM, and HARLEM HOSPITAL, MOUNT SINAI ST LUKES AND MORNINGSIDE  HEIGHTS HOUSING CORPORATION Republican Party , Trump,  OTHER PARTIES),**

Karen Eubanks and the Morningside Heights Housing Corporations fabricated a false narrative and falsely alerted the police. The NYPD, regrettably, acted upon this falsehood, leading to my wrongful arrest on February 11, 2020, evidently motivated by their targeting of me due to my identity as a Black Freemen (Native Black American) or African American. Moreover, my attempt to file a complaint with the housing complex resulted in retaliation, with Karen Eubanks persuaded to make a false police call. Both public and private entities have subjected me to marginalization and subjugation. This pattern of injustice has persisted over the years, notably on October 6, 2015, July 2018, and October 1-5, 2021. It is clear evidence of systematic racism perpetrated by sub-ethnic European groups classified as white, who uphold the social status quo.

Percinit 26 has a troubling history of racially targeting Black individuals in the community, a fact exemplified by the case of the Cannibal Cop, as reported by CBS NEWS. Gilberto Valle, convicted in 2013 of kidnapping conspiracy, had his verdict overturned, receiving a lenient sentence for lesser charges related to misuse of law enforcement databases. His dismissal from the NYPD underscores the disturbing realities of law enforcement bias.

I wish to underscore the parallel between the medical-industrial complex in the United States, particularly in New York City, and the historical practice of prison leasing during the Reconstruction era. Black Freemen were exploited for free labor post-incarceration due to discriminatory laws like Jim Crow and Black Codes. Similarly, contemporary exploitation within the medical-industrial complex, particularly in New York City's Morningside Gardens community, involves the exploitation of African Americans for free medical insurance.

This exploitation, seemingly an experiment, aims to emasculate African Americans, evident in collaborations between the community, Morningside Gardens, Grand Housing, and Columbia

colleagues towards me, referencing me as a woman or transgender, reflected the false imprisonment I experienced in precinct 26. I wish to clarify my identity as a heterosexual Black Freeman.

Public resources, such as precinct 26, have influenced private individuals, particularly Latinos, to target African Americans, leading to local hate crimes. Covert agreements with single mothers and older African Americans to falsely imprison their children are reminiscent of historical tactics used by the Nazis. It is alarming to note the complicity of professors and college alumni in perpetuating injustice, preferring alignment with the social status quo over equal justice.

Despite enduring years of civil and constitutional rights violations, obtaining legal representation has been challenging, leaving me vulnerable. Furthermore, Mount Sinai St Luke's Hospital's complicity with the NYPD when I shared my story further illustrates systemic injustices.

Drawing attention to the unconstitutional practice of prison leasing during Reconstruction, which perpetuated semi-slavery akin to Jim Crow and Black Codes, is essential. The exploitation of Black Freemen through state and public resources, including Black Codes and racially targeted laws, underscores a dark chapter in American history.

I am compelled to address the modern-day parallels in today's medical-industrial complex, which exploits African Americans for free medical insurance and misdiagnoses them, often resulting in overprescription of brain-altering drugs. My mother, Karen Eubanks, a state-employed school teacher, exemplifies how Black women have historically been used to subjugate and marginalize Black Freemen.

The social-economic comparison to antebellum slavery within my community, encompassing Amsterdam Avenue, Broadway, Harlem, and Columbia, reveals stark parallels. Morningside

Garden also is a slave house and rent house are quarters are symbolic of this comparison. Percinit 26 serves as the overseer's headquarters, predominantly comprising Latinos who enforce punishment rather than uphold the law.

The matriarchal nature of plantations, intended for sexual exploitation and to suppress Black Freemen's masculinity, is mirrored in today's society. State hospitals, predominantly punishing Black Freemen and African American youths, underscore systemic biases. This form of subjugation seeks to infantilize individuals under the guise of mental illness or imposed homosexuality.

Columbia University's historical ties to slavery, owning the majority of real estate in Harlem and Upper Manhattan, grant it significant power. It dictates social norms, rewards, and punishments, affecting local businesses and employment. The complicity of institutions like Harlem Hospital in partnership with Columbia University, as evidenced in Kam Brock's case, highlights systemic injustices.

The legacy of slavery perpetuated by educated Black individuals, as noted in Carter G. Woodson's "The Mis-Education of the Negro," underscores the power dynamics inherent in social conditioning. Black mothers and women, alongside other racial and ethnic groups, perpetuate racism through slander, akin to a feminist agenda. Sex, treated as a racial and ethnic group, further complicates these dynamics.

Comparing Chancellor Williams' "Destruction of Black Civilization" with Woodson's work elucidates the systemic oppression endured by Black individuals. The influence of socialization on education, as evidenced by Licon's experience at Oxford University, highlights the power of the environment in shaping individuals' identities and behaviors.

Plaintiff's damage in a sum to be provided at trial but not less than  (            ), plus punitive

## BenchTrial by DEMAND

182. Plaintiff demands a Bench Trial of all causes of action so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests judgment against Defendants as follows:

A. Under the First Count, in the amount of  () plus punitive damages and attorney's fees;

B. Under the Second Count, in the amount of  () plus punitive damages and attorney's fees;

C. Under the Third Count, in the amount of  () plus punitive damages and attorney's fees;

D. Under the Fourth Count, in the amount of () plus punitive damages and attorney's fees;

E. Under the Fifth Count, in the amount of  () plus punitive damages and attorney's fees;

F. Under the Sixth Count, in the amount of () plus punitive damages and attorney's fees;

G. Under the Seventh Count, in the amount of  () plus punitive damages and attorney's fees;

H. Under the Eighth Count, in the amount of  () plus punitive damages and attorney's fees;

I. Under the Ninth Count, in the amount of NINE  () plus attorney's fees; and

J. Under the Tenth Count, in the amount of () plus attorney's fees;

I'm a modern day Semi Slave literal and it's unacceptable.

Total 4.8 billion = 4800000000

K. For costs and disbursements; and

L. Such other and further relief as the Court deems just and proper.

Dated:  5, 1, 2024   BALTIMORE MARYLAND

5, 1, 2024

Respectfully submitted,

*Ali Moore*

By: <u>ALI MOORE</u>

2506 OVERLAND AVENUE BALTIMORE MARYLAND

Tel: 9178214909