# MEMO ENDORSED

23cv1300
05/6/24
Ali Alexander Moore

Letter Addressed to Honorable Edgardo Ramos
<u>Motion to Correct Clerical Error:</u>

> The instant "motion to correct clerical error" makes no relevant request for relief. Accordingly, the motion is denied. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: <u>September 10, 2024</u>
> New York, New York

Im referring to this quotation as white collar crime," Im white say so" Is referring to the same logic that the NYPD officers were using when they deprived me of my federal and state constitutional rights. They were committing white collar crime by redefining definitions while on the job, by saying what was illegal is legal.

Look at cases <u>22cv10957</u> when I use white I'm talking about the social construct and white collar crime - the pecking order.

People using their passion of authority and committing white collar crime and redefining definitions such as laws. That is what i'm referring to with the city

==“That is, the city saying I am white and I say so “ The City also notes that, should the plaintiff attempt to assert any==
==claims against any of the aforementioned individuals based on the events of February 11, 2020, such claims would==
==be time-barred. “==

In the accompanying documents, I employed the phrase "Upon scrutinizing," denoting the moment of careful examination when our meeting, which transpired favorably, occurred. I intended to commence the recording at that juncture, however, I was not granted permission, which is the circumstance to which "Upon scrutinizing" pertained.

Please recall that I provided you with this tinplate elucidating my typing patterns and definitions. Furthermore, when I refer to systematic white supremacy, I am not alluding to an entire ethnic group or race, but rather to a cohort of a collective who upholds the concept of the pecking order (social construct).

That supporting document was me making a temp to retaliate against the City of New York for not building up its own native sons.

Case 1:23-cv-01300-ER    Document 71    Filed 09/10/24    Page 2 of 2