**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ali Alexander Moore | 23cv1300 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| New York City Police Department et al | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Michael Rios, (Retired, Shield No. 27074)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 Police Plaza, New York, NY 10038

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Ali Alexander Moore
1630 E. Cold Spring Lane
Baltimore, MD 21218

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER
DATE: 7/15/2024

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 6/7
District of Origin: No. 054
District to Serve: No. 054
Signature of Authorized USMS Deputy or Clerk
Date: 7/18/2024

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
PBA NG

Date: 08/14/24
Time: 10:00 [X] am [ ] pm

Address (complete only if different than shown above)

Signature of U.S. Marshal or Deputy
DUSM Fernandez

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
Deputy personally served process on 8/14/2024.

SDNY 2024 AUG 28 AM 8:33

Form USM-285
Rev. 03/21