UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER BASILE,

                Plaintiff,

– against –

NEW YORK CITY POLICE DEPARTMENT; ST. LUKES HOSPITAL/MOUNT SINAI MORNINGSIDE; MORNINGSIDE HEIGHTS HOUSING CORPORATION; CITY OF NEW YORK; MOUNT SINAI ST. LUKES, hospital staff/doctors/John Does; MOUNT SINAI HEALTH SYSTEM, doctors/hospital staff/John Does; MORNINGSIDE HEIGHTS HOUSING CORPORATION, MORNINGSIDE SECURITY MONTALVO/GILMORE (PEACE OFFICERS JOHN DOES); FIRST SERVICE RESIDENTIAL, MORNINGSIDE STAFF JOHN DOES (MORNINGSIDE STAFF WORKERS); CIVIL COMPLAINT REVIEW BOARD, INVESTIGATOR MURGO, INVESTIGATOR SUPERVISOR (DOES); KAREN EUBANKS; NYPD JOHN DOES; PEACE OFFICER JOHN DOES; NEW YORK CITY POLICE OFFICER COMBRELLA; NEW YORK CITY POLICE OFFICER TORTERRA; SERGEANT JOSEPH ANGELONE; OFFICER FREDDY TAVARES; OFFICER MICHAEL RIOS; DETECTIVE WILLIAM NEVILLE; and DETECTIVE ADAM IMPERATO

                Defendants.

**ORDER**

23-cv-01300 (ER)

Ramos, D.J.:

    On February 7, 2025, a premotion conference was held and Plaintiff did not appear. Defendants' request for leave to file a motion to dismiss is granted. The motion will be due March 7, 2025. The opposition will be due April 4, 2025. The Reply will be due April 18, 2025.

2

It is SO ORDERED.

Dated:   February 11, 2025
            New York, New York

                                                          Edgardo Ramos, U.S.D.J.